APPEAL,CAP,CAT B

# U.S. District Court
## District of Columbia (Washington, DC)
## CRIMINAL DOCKET FOR CASE #: <u>1:21−cr−00040−TNM−1</u>

Case title: USA v. MCCAUGHEY, III et al

Magistrate judge case number:  1:21−mj−00111−RMM

Date Filed: 01/29/2021

Assigned to: Judge Trevor N. McFadden

**<u>Defendant (1)</u>**

| | | |
|---|---|---|
| **PATRICK EDWARD MCCAUGHEY, III** | represented by | **Dennis E. Boyle**<br>1050 Connecticut Ave<br>Suite 500<br>20036<br>Washington, DC 20036<br>202−430−1900<br>Email: <u>dboyle@dennisboylelegal.com</u><br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |
| | | **Lindy R. Urso**<br>LINDY R. URSO, ATTORNEY AT LAW<br>810 Bedford Street<br>Suite 3<br>Stamford, CT 06901<br>203−325−4487<br>Email: <u>lindy@lindyursolaw.com</u><br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Pro Hac Vice* |
| | | **Stephan Erich Seeger**<br>LAW OFFICE OF S.J. CARRIERO, LLC<br>810 Bedford St.<br>Suite 3<br>Stamford, CT 06906<br>203−273−5170<br>Fax: 203−357−0608<br>Email: <u>seegerkid2@aol.com</u><br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

**Blerina Jasari**
BOYLE & JASARI LLP
1050 Connecticut Avenue
Suite 500
Washington, DC 20036
917−886−0252
Email: bjasari@dennisboylelegal.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
| --- | --- |

**Pending Counts**

18 U.S.C. 111(a)(1) and (b);
ASSAULTING/RESISTING/IMPEDING
OFFICERS/EMPLOYEES; Assaulting,
Resisting, or Impeding Certain Officers
Using a Dangerous Weapon
(1)

18 U.S.C. 111(a)(1) and 2;
ASSAULTING/RESISTING/IMPEDING
OFFICERS/EMPLOYEES; Assaulting,
Resisting, or Impeding Certain Officers
and Aiding and Abetting
(1s)

18 U.S.C. 231(a)(3); CIVIL DISORDER;
Civil Disorder
(2)

18 U.S.C. 231(a)(3); CIVIL DISORDER;
Civil Disorder
(2s)

18 U.S.C. 111(a)(1) and (b);
ASSAULTING/RESISTING/IMPEDING
OFFICERS/EMPLOYEES; Assaulting,
Resisting, or Impeding Certain Officers
Using a Dangerous Weapon
(3)

18 U.S.C. 231(a)(3); CIVIL DISORDER;
Civil Disorder
(4)

18 U.S.C. 1512(c)(2) and 2; TAMPERING
WITH A WITNESS, VICTIM OR
INFORMANT; Obstruction of an Official
Proceeding and Aiding and Abetting
(5)

18 U.S.C. 1752(a)(2) and (b)(1)(A);
TEMPORARY RESIDENCE OF THE
PRESIDENT; Disorderly and Disruptive
Conduct in a Restricted Building or
Grounds with a Deadly or Dangerous

Weapon
(6)

18 U.S.C. 111(a)(1) and 2;
ASSAULTING/RESISTING/IMPEDING
OFFICERS/EMPLOYEES; Assaulting,
Resisting, or Impeding Certain Officers
and Aiding and Abetting
(6ss)

18 U.S.C. 1752(a)(4) and (b)(1)(A);
TEMPORARY RESIDENCE OF THE
PRESIDENT; Engaging in Physical
Violence in a Restricted Building or
Grounds, with a Deadly or Dangerous
Weapon
(7)

18 U.S.C. 111(a)(1) and (b);
ASSAULTING/RESISTING/IMPEDING
OFFICERS/EMPLOYEES; Assaulting,
Resisting, or Impeding Certain Officers
Using a Dangerous Weapon
(7s)

40 U.S.C. 5104(e)(2)(D); FEDERAL
STATUTES, OTHER; Disorderly Conduct
in a Capitol Building
(8)

18 U.S.C. 231(a)(3); CIVIL DISORDER;
Civil Disorder
(8s)

40 U.S.C. 5104(e)(2)(F); FEDERAL
STATUTES, OTHER; Act of Physical
Violence in a Capitol Building
(9)

18 U.S.C. 111(a)(1) and (b);
ASSAULTING/RESISTING/IMPEDING
OFFICERS/EMPLOYEES; Assaulting,
Resisting, or Impeding Certain Officers
Using a Dangerous Weapon
(9s)

18 U.S.C. 231(a)(3); CIVIL DISORDER;
Civil Disorder
(10s)

18 U.S.C. 111(a)(1) and (b);
ASSAULTING/RESISTING/IMPEDING
OFFICERS/EMPLOYEES; Assaulting,
Resisting, or Impeding Certain Officers
Using a Dangerous Weapon
(11ss−12ss)

18 U.S.C. 111(a)(1) and 2;
ASSAULTING/RESISTING/IMPEDING
OFFICERS/EMPLOYEES; Assaulting,
Resisting, or Impeding Certain Officers
and Aiding and Abetting
(11sss)

18 U.S.C. 1512(c)(2) and 2; TAMPERING
WITH A WITNESS, VICTIM OR
INFORMANT; Obstruction of an Official
Proceeding and Aiding and Abetting
(13s)

18 U.S.C. 111(a)(1) and 2;
ASSAULTING/RESISTING/IMPEDING
OFFICERS/EMPLOYEES; Assaulting,
Resisting, or Impeding Certain Officers
and Aiding and Abetting
(14ssss)

18 U.S.C. 111(a)(1) and 2;
ASSAULTING/RESISTING/IMPEDING
OFFICERS/EMPLOYEES; Assaulting,
Resisting, or Impeding Certain Officers
and Aiding and Abetting
(14sssss)

Defendant sentenced to a term of Ninety (90) Months of Incarceration on Counts 14sssss, 24sssss, 25sssss, 34sssss, 37sssss, 45sssss; a term of Sixty (60) Months of Incarceration on Count 35sssss; a term of Six (6) Months of Incarceration on Counts 52sssss, 53sssss, with all terms to run concurrently, followed by a term of Twenty−Four (24) Months of Supervised Release on Counts 14sssss, 24sssss, 25sssss, 34sssss, 37sssss, 45sssss, with all terms to run concurrently. Special Assessment of $100 imposed on Counts 14sssss, 24sssss, 25sssss, 34sssss, 35sssss, 37sssss, 45sssss; $10 imposed on Counts 52sssss, 53sssss, for a total of $720. Restitution imposed in the amount of $2,000.

18 U.S.C. 1752(a)(2) and (b)(1)(A);
TEMPORARY RESIDENCE OF THE
PRESIDENT; Disorderly and Disruptive
Conduct in a Restricted Building or
Grounds with a Deadly or Dangerous
Weapon
(15s)

18 U.S.C. 1512(c)(2) and 2; TAMPERING
WITH A WITNESS, VICTIM OR
INFORMANT; Obstruction of an Official
Proceeding and Aiding and Abetting
(15ss)

18 U.S.C. 231(a)(3); CIVIL DISORDER;
Civil Disorder
(16ss)

4

18 U.S.C. 1752(a)(4) and (b)(1)(A);
TEMPORARY RESIDENCE OF THE
PRESIDENT; Engaging in Physical
Violence in a Restricted Building or
Grounds with a Deadly or Dangerous
Weapon
(17s)

40 U.S.C. 5104(e)(2)(D); FEDERAL
STATUTES, OTHER; Disorderly Conduct
in a Capitol Building
(18s)

18 U.S.C. 1752(a)(2) and (b)(1)(A);
TEMPORARY RESIDENCE OF THE
PRESIDENT; Disorderly and Disruptive
Conduct in a Restricted Building or
Grounds with a Deadly or Dangerous
Weapon
(18ss)

40 U.S.C. 5104(e)(2)(F); FEDERAL
STATUTES, OTHER; Act of Physical
Violence in the Capitol Grounds or
Building
(19s)

18 U.S.C. 111(a)(1) and (b);
ASSAULTING/RESISTING/IMPEDING
OFFICERS/EMPLOYEES; Assaulting,
Resisting, or Impeding Certain Officers
Using a Dangerous Weapon
(19sss−20sss)

18 U.S.C. 1752(a)(4) and (b)(1)(A);
TEMPORARY RESIDENCE OF THE
PRESIDENT; Engaging in Physical
Violence in a Restricted Building or
Grounds with a Deadly or Dangerous
Weapon
(22ss)

18 U.S.C. 1512(c)(2) and 2; TAMPERING
WITH A WITNESS, VICTIM OR
INFORMANT; Obstruction of an Official
Proceeding and Aiding and Abetting
(24sss)

18 U.S.C. 111(a)(1) and (b);
ASSAULTING/RESISTING/IMPEDING
OFFICERS/EMPLOYEES; Assaulting,
Resisting, or Impeding Certain Officers
Using a Dangerous Weapon
(24ssss−25ssss)

| | |
|---|---|
| 18 U.S.C. 111(a)(1) and (b); ASSAULTING/RESISTING/IMPEDING OFFICERS/EMPLOYEES; Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon (24sssss) | Defendant sentenced to a term of Ninety (90) Months of Incarceration on Counts 14sssss, 24sssss, 25sssss, 34sssss, 37sssss, 45sssss; a term of Sixty (60) Months of Incarceration on Count 35sssss; a term of Six (6) Months of Incarceration on Counts 52sssss, 53sssss, with all terms to run concurrently, followed by a term of Twenty−Four (24) Months of Supervised Release on Counts 14sssss, 24sssss, 25sssss, 34sssss, 37sssss, 45sssss, with all terms to run concurrently. Special Assessment of $100 imposed on Counts 14sssss, 24sssss, 25sssss, 34sssss, 35sssss, 37sssss, 45sssss; $10 imposed on Counts 52sssss, 53sssss, for a total of $720. Restitution imposed in the amount of $2,000. |
| 40 U.S.C. 5104(e)(2)(D); VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS; Disorderly Conduct in a Capitol Building (25ss) | |
| 18 U.S.C. 231(a)(3); CIVIL DISORDER; Civil Disorder (25sss) | |
| 18 U.S.C. 111(a)(1) and (b); ASSAULTING/RESISTING/IMPEDING OFFICERS/EMPLOYEES; Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon (25sssss) | Defendant sentenced to a term of Ninety (90) Months of Incarceration on Counts 14sssss, 24sssss, 25sssss, 34sssss, 37sssss, 45sssss; a term of Sixty (60) Months of Incarceration on Count 35sssss; a term of Six (6) Months of Incarceration on Counts 52sssss, 53sssss, with all terms to run concurrently, followed by a term of Twenty−Four (24) Months of Supervised Release on Counts 14sssss, 24sssss, 25sssss, 34sssss, 37sssss, 45sssss, with all terms to run concurrently. Special Assessment of $100 imposed on Counts 14sssss, 24sssss, 25sssss, 34sssss, 35sssss, 37sssss, 45sssss; $10 imposed on Counts 52sssss, 53sssss, for a total of $720. Restitution imposed in the amount of $2,000. |
| 40 U.S.C. 5104(e)(2)(F); VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS; Act of Physical Violence in a Capitol Grounds or Buildings (26ss) | |
| 18 U.S.C. 1752(a)(2) and (b)(1)(A); TEMPORARY RESIDENCE OF THE PRESIDENT; Disorderly and Disruptive Conduct in a Restricted Building or | |

Grounds with a Deadly or Dangerous
Weapon
(27sss)

18 U.S.C. 1752(a)(4) and (b)(1)(A);
TEMPORARY RESIDENCE OF THE
PRESIDENT; Engaging in Physical
Violence in a Restricted Building or
Grounds with a Deadly or Dangerous
Weapon
(32sss)

18 U.S.C. 1512(c)(2) and 2; TAMPERING
WITH A WITNESS, VICTIM OR
INFORMANT; Obstruction of an Official
Proceeding and Aiding and Abetting
(34ssss)

18 U.S.C. 1512(c)(2) and 2; TAMPERING
WITH A WITNESS, VICTIM OR
INFORMANT; Obstruction of an Official
Proceeding and Aiding and Abetting
(34sssss)

> Defendant sentenced to a term of Ninety (90)
> Months of Incarceration on Counts 14sssss,
> 24sssss, 25sssss, 34sssss, 37sssss, 45sssss; a
> term of Sixty (60) Months of Incarceration
> on Count 35sssss; a term of Six (6) Months
> of Incarceration on Counts 52sssss, 53sssss,
> with all terms to run concurrently, followed
> by a term of Twenty−Four (24) Months of
> Supervised Release on Counts 14sssss,
> 24sssss, 25sssss, 34sssss, 37sssss, 45sssss,
> with all terms to run concurrently. Special
> Assessment of $100 imposed on Counts
> 14sssss, 24sssss, 25sssss, 34sssss, 35sssss,
> 37sssss, 45sssss; $10 imposed on Counts
> 52sssss, 53sssss, for a total of $720.
> Restitution imposed in the amount of $2,000.

18 U.S.C. 231(a)(3); CIVIL DISORDER;
Civil Disorder
(35ssss)

18 U.S.C. 231(a)(3); CIVIL DISORDER;
Civil Disorder
(35sssss)

> Defendant sentenced to a term of Ninety (90)
> Months of Incarceration on Counts 14sssss,
> 24sssss, 25sssss, 34sssss, 37sssss, 45sssss; a
> term of Sixty (60) Months of Incarceration
> on Count 35sssss; a term of Six (6) Months
> of Incarceration on Counts 52sssss, 53sssss,
> with all terms to run concurrently, followed
> by a term of Twenty−Four (24) Months of
> Supervised Release on Counts 14sssss,
> 24sssss, 25sssss, 34sssss, 37sssss, 45sssss,
> with all terms to run concurrently. Special
> Assessment of $100 imposed on Counts
> 14sssss, 24sssss, 25sssss, 34sssss, 35sssss,
> 37sssss, 45sssss; $10 imposed on Counts
> 52sssss, 53sssss, for a total of $720.
> Restitution imposed in the amount of $2,000.

40 U.S.C. 5104(e)(2)(D); VIOLENT
ENTRY AND DISORDERLY CONDUCT
ON CAPITOL GROUNDS; Disorderly
Conduct in a Capitol Building
(36sss)

40 U.S.C. 5104(e)(2)(F); VIOLENT
ENTRY AND DISORDERLY CONDUCT
ON CAPITOL GROUNDS; Act of
Physical Violence in a Capitol Grounds or
Buildings
(37sss)

18 U.S.C. 1752(a)(2) and (b)(1)(A);
TEMPORARY RESIDENCE OF THE
PRESIDENT; Disorderly and Disruptive
Conduct in a Restricted Building or
Grounds with a Deadly or Dangerous
Weapon
(37ssss)

18 U.S.C. 1752(a)(2) and (b)(1)(A);
TEMPORARY RESIDENCE OF THE
PRESIDENT; Disorderly and Disruptive
Conduct in a Restricted Building or
Grounds with a Deadly or Dangerous
Weapon
(37sssss)

Defendant sentenced to a term of Ninety (90)
Months of Incarceration on Counts 14sssss,
24sssss, 25sssss, 34sssss, 37sssss, 45sssss; a
term of Sixty (60) Months of Incarceration
on Count 35sssss; a term of Six (6) Months
of Incarceration on Counts 52sssss, 53sssss,
with all terms to run concurrently, followed
by a term of Twenty−Four (24) Months of
Supervised Release on Counts 14sssss,
24sssss, 25sssss, 34sssss, 37sssss, 45sssss,
with all terms to run concurrently. Special
Assessment of $100 imposed on Counts
14sssss, 24sssss, 25sssss, 34sssss, 35sssss,
37sssss, 45sssss; $10 imposed on Counts
52sssss, 53sssss, for a total of $720.
Restitution imposed in the amount of $2,000.

18 U.S.C. 1752(a)(4) and (b)(1)(A);
TEMPORARY RESIDENCE OF THE
PRESIDENT; Engaging in Physical
Violence in a Restricted Building or
Grounds with a Deadly or Dangerous
Weapon
(45ssss)

18 U.S.C. 1752(a)(4) and (b)(1)(A);
TEMPORARY RESIDENCE OF THE
PRESIDENT; Engaging in Physical
Violence in a Restricted Building or
Grounds with a Deadly or Dangerous
Weapon
(45sssss)

Defendant sentenced to a term of Ninety (90)
Months of Incarceration on Counts 14sssss,
24sssss, 25sssss, 34sssss, 37sssss, 45sssss; a
term of Sixty (60) Months of Incarceration
on Count 35sssss; a term of Six (6) Months
of Incarceration on Counts 52sssss, 53sssss,
with all terms to run concurrently, followed
by a term of Twenty−Four (24) Months of
Supervised Release on Counts 14sssss,

| | |
|---|---|
| | 24sssss, 25sssss, 34sssss, 37sssss, 45sssss, with all terms to run concurrently. Special Assessment of $100 imposed on Counts 14sssss, 24sssss, 25sssss, 34sssss, 35sssss, 37sssss, 45sssss; $10 imposed on Counts 52sssss, 53sssss, for a total of $720. Restitution imposed in the amount of $2,000. |
| 40 U.S.C. 5104(e)(2)(D); VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS; Disorderly Conduct in a Capitol Building (52ssss) | |
| 40 U.S.C. 5104(e)(2)(D), 2; VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS; Disorderly Conduct in a Capitol Building (52sssss) | Defendant sentenced to a term of Ninety (90) Months of Incarceration on Counts 14sssss, 24sssss, 25sssss, 34sssss, 37sssss, 45sssss; a term of Sixty (60) Months of Incarceration on Count 35sssss; a term of Six (6) Months of Incarceration on Counts 52sssss, 53sssss, with all terms to run concurrently, followed by a term of Twenty−Four (24) Months of Supervised Release on Counts 14sssss, 24sssss, 25sssss, 34sssss, 37sssss, 45sssss, with all terms to run concurrently. Special Assessment of $100 imposed on Counts 14sssss, 24sssss, 25sssss, 34sssss, 35sssss, 37sssss, 45sssss; $10 imposed on Counts 52sssss, 53sssss, for a total of $720. Restitution imposed in the amount of $2,000. |
| 40 U.S.C. 5104(e)(2)(F); VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS; Act of Physical Violence in a Capitol Grounds or Buildings (53ssss) | |
| 40 U.S.C. 5104(e)(2)(F), 18:2; VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS; Act of Physical Violence in a Capitol Grounds or Buildings (53sssss) | Defendant sentenced to a term of Ninety (90) Months of Incarceration on Counts 14sssss, 24sssss, 25sssss, 34sssss, 37sssss, 45sssss; a term of Sixty (60) Months of Incarceration on Count 35sssss; a term of Six (6) Months of Incarceration on Counts 52sssss, 53sssss, with all terms to run concurrently, followed by a term of Twenty−Four (24) Months of Supervised Release on Counts 14sssss, 24sssss, 25sssss, 34sssss, 37sssss, 45sssss, with all terms to run concurrently. Special Assessment of $100 imposed on Counts 14sssss, 24sssss, 25sssss, 34sssss, 35sssss, 37sssss, 45sssss; $10 imposed on Counts 52sssss, 53sssss, for a total of $720. Restitution imposed in the amount of $2,000. |

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                                    **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                           **Disposition**

COMPLAINT in Violation of 18:111(b),
18:231(a)(3), 18:1752(a) & (b) and
40:5104(e)(2)

---

**Interested Party**

**PRESS COALITION**                     represented by   **Charles D. Tobin**
                                                         BALLARD SPAHR LLP
                                                         1909 K Street, NW
                                                         12th Floor
                                                         Washington, DC 20006
                                                         202−661−2218
                                                         Fax: 202−661−2299
                                                         Email: tobinc@ballardspahr.com
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*
                                                         *Designation: Retained*

                                                         **Lauren Russell**
                                                         BALLARD SPAHR LLP
                                                         1909 K Street, NW
                                                         12th Floor
                                                         Washington, DC 20006
                                                         202−661−2200
                                                         Fax: 202−661−2299
                                                         Email: russelll@ballardspahr.com
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*
                                                         *Designation: Retained*

                                                         **Maxwell S. Mishkin**
                                                         BALLARD SPAHR LLP
                                                         1909 K Street, NW
                                                         12th Floor
                                                         Washington, DC 20006
                                                         (202) 508−1140
                                                         Fax: (202) 661−2299

Email: mishkinm@ballardspahr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Plaintiff**

**USA**                                    represented by    **Gregory Paul Rosen**
U.S. ATTORNEY'S OFFICE FOR THE
DISTRICT OF COLUMBIA
555 Fourth Street, NW
Washington, DC 20530
(202) 252−6932
Fax: (202) 514−9155
Email: gregory.rosen@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Pearce**
U.S. DEPARTMENT OF JUSTICE
CRIMINAL DIVISION APPELLATE
SECTION
Department of Justice, Criminal Division
950 Pennsylvania Ave NW
Suite 1250
Washington, DC 20530
(202) 532−4991
Fax: (202) 305−2121
Email: james.pearce@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**Jocelyn Patricia Bond**
U.S. ATTORNEY'S OFFICE FOR THE
DISTRICT OF COLUMBIA
555 Fourth Street, NW
Washington, DC 20001
(202) 252−2571
Email: jocelyn.bond@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**Kaitlin Klamann**
DOJ−USAO
601 D Street NW
Washington, DC 20530
202−252−6778
Email: kaitlin.klamann@usdoj.gov
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**Kimberley Charlene Nielsen**
U.S. ATTORNEY'S OFFICE
Homicide Section
555 4th Street NW
Room 9913
Washington, DC 20532
(202) 252−7418
Email: Kimberley.Nielsen@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**Kimberly Louise Paschall**
U.S. ATTORNEY'S OFFICE
555 Fourth Street, NW
Washington, DC 20530
(202) 252−2650
Email: kimberly.paschall@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**Melissa Joy Jackson**
U.S. ATTORNEY'S OFFICE FOR THE
DISTRICT OF COLUMBIA
555 4th Street, NW
Washington, DC 20530
202−252−7786
Email: melissa.jackson@usdoj.gov
*TERMINATED: 05/31/2022*
*LEAD ATTORNEY*
*Designation: Assistant U.S. Attorney*

**Anthony William Mariano**
U.S. ATTORNEY'S OFFICE FOR THE
DISTRICT OF COLUMBIA
601 D Street, NW
Washington, DC 20530
(202) 476−0319
Email: anthony.mariano@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**Ashley Akers**
DOJ−CIV
Commercial Litigation Branch
1100 L Street Northwest
Washington, DC 20530
(202) 353−0521

Email: ashley.akers@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/18/2021 | 1 | SEALED COMPLAINT as to PATRICK EDWARD MCCAUGHEY III (1). (Attachments: # 1Redacted Affidavit in Support) (zstd) [1:21−mj−00111−RMM] (Entered: 01/18/2021) |
| 01/18/2021 | 3 | MOTION to Seal Case by USA as to PATRICK EDWARD MCCAUGHEY III. (Attachments: # 1 Text of Proposed Order)(zstd) [1:21−mj−00111−RMM] (Entered: 01/18/2021) |
| 01/18/2021 | 4 | ORDER granting 3 Motion to Seal Case as to PATRICK EDWARD MCCAUGHEY III (1). Signed by Magistrate Judge Robin M. Meriweather on 1/18/2021. (zstd) [1:21−mj−00111−RMM] (Entered: 01/18/2021) |
| 01/19/2021 | | Case unsealed as to PATRICK EDWARD MCCAUGHEY III (bb) [1:21−mj−00111−RMM] (Entered: 02/01/2021) |
| 01/19/2021 | 21 | Arrest Warrant Returned Executed on 1/19/2021 as to PATRICK EDWARD MCCAUGHEY, III. (zltp) (Entered: 03/04/2021) |
| 01/29/2021 | 5 | INDICTMENT as to PATRICK EDWARD MCCAUGHEY III (1) count(s) 1, 2, 3, 4, 5, 6, 7, 8, 9. (zltp) (Entered: 02/02/2021) |
| 02/02/2021 | 15 | MOTION for Leave to Appear Pro Hac Vice Linda R. Urso Fee Status: No Fee Paid. by PATRICK EDWARD MCCAUGHEY, III. (Attachments: # 1 Declaration)(bb) (Entered: 02/10/2021) |
| 02/04/2021 | 7 | First MOTION for Leave to Appear Pro Hac Vice *by Stephan Seeger for Attorney Lindy Urso by Stephan Seeger for Attorney Lindy Urso* Filing fee $ 100, receipt number ADCDC−8162356. Fee Status: Fee Paid. by PATRICK EDWARD MCCAUGHEY, III. (Attachments: # 1 Declaration Attorney Lindy Urso)(Seeger, Stephan) (Entered: 02/04/2021) |
| 02/04/2021 | | MINUTE ORDER as to PATRICK EDWARD MCCAUGHEY III (1) granting 7 Motion for Leave to Appear Pro Hac Vice. Attorney Lindy R. Urso is hereby admitted to appear pro hac vice in this matter. **Counsel should register for e−filing via PACER and file a notice of appearance pursuant to LCrR 44.5(a). Click for Instructions**. Signed by Judge Trevor N. McFadden on 2/4/2021. (lctnm2) (Entered: 02/04/2021) |
| 02/08/2021 | 8 | NOTICE OF ATTORNEY APPEARANCE: Lindy R. Urso appearing for PATRICK EDWARD MCCAUGHEY, III (Urso, Lindy) (Entered: 02/08/2021) |
| 02/08/2021 | 9 | MOTION for Bond by PATRICK EDWARD MCCAUGHEY, III. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Urso, Lindy) (Entered: 02/08/2021) |
| 02/08/2021 | 10 | NOTICE OF ATTORNEY APPEARANCE Jocelyn Patricia Bond appearing for USA. (Bond, Jocelyn) (Entered: 02/08/2021) |
| 02/08/2021 | | MINUTE ORDER. The Government shall respond to the Defendant's 9 Motion for Bond on or before February 12, 2021. SO ORDERED. Signed by Judge Trevor N. McFadden on 2/8/2021. (lctnm2) (Entered: 02/08/2021) |

13

| 02/08/2021 | 11 | RESPONSE by USA as to PATRICK EDWARD MCCAUGHEY, III re 9 MOTION for Bond (Bond, Jocelyn) (Entered: 02/08/2021) |
| --- | --- | --- |
| 02/08/2021 | 12 | MEMORANDUM in Support of Pretrial Detention by USA as to PATRICK EDWARD MCCAUGHEY, III. (See Docket Entry 11 to view document). (znmw) (Entered: 02/09/2021) |
| 02/09/2021 | 13 | REPLY TO OPPOSITION to Motion by PATRICK EDWARD MCCAUGHEY, III re 9 MOTION for Bond (Urso, Lindy) (Entered: 02/09/2021) |
| 02/10/2021 | | Payment for 15 MOTION for Leave to Appear Pro Hac Vice Linda R. Urso Fee Status: No Fee Paid. by PATRICK EDWARD MCCAUGHEY, III. ($100; Receipt number ADCDC−8185070) (Urso, Lindy) (Entered: 02/10/2021) |
| 02/10/2021 | | NOTICE OF HEARING as to PATRICK EDWARD MCCAUGHEY, III. VTC Arraignment and Motion for Bond Hearing set for 2/12/2021 at 3:00 PM before Judge Trevor N. McFadden. Connection instructions will be emailed to the parties. (hmc) (Entered: 02/10/2021) |
| 02/12/2021 | | MINUTE ORDER. The Court has placed ECF Nos. 9−1 and 9−2 under seal as they contain personally identifiable information of third parties. It is hereby ordered that the Defendant shall file an appropriately redacted version of these exhibits on or before February 19, 2021. SO ORDERED. Signed by Judge Trevor N. McFadden on 2/12/2021. (lctnm2) (Entered: 02/12/2021) |
| 02/12/2021 | 16 | NOTICE *Of Replacement Exhibit A* by PATRICK EDWARD MCCAUGHEY, III re 9 MOTION for Bond (Urso, Lindy) (Entered: 02/12/2021) |
| 02/12/2021 | 17 | NOTICE *of Replacement Exhibit B* by PATRICK EDWARD MCCAUGHEY, III re 9 MOTION for Bond (Urso, Lindy) (Entered: 02/12/2021) |
| 02/12/2021 | | MINUTE ORDER as to PATRICK EDWARD MCCAUGHEY, III. Consistent with the Due Process Protections Act, and as stated at the hearing held before Judge McFadden, the Court ORDERS that all government counsel shall review their disclosure obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, as set forth in Local Criminal Rule 5.1, and comply with those provisions. The failure to comply could result in dismissal of the indictment or information, dismissal of individual charges, exclusion of government evidence or witnesses, continuances, Bar discipline, or any other remedy that is just under the circumstances. SO ORDERED. Signed by Judge Trevor N. McFadden on 2/12/21. (lctnm2) (Entered: 02/12/2021) |
| 02/12/2021 | | Minute Entry for proceedings held before Judge Trevor N. McFadden: Arraignment/Motion Hearing as to PATRICK EDWARD MCCAUGHEY, III held via video on 2/12/2021. Defendant agreed to proceed via video. Defendant arraigned on Counts 1, 2, 3, 4, 5, 6, 7, 8, 9. Plea of Not Guilty entered as to all counts. Defendant's 9 Motion for Bond, DENIED for reasons stated on the record. A Status Conference is set for 3/12/2021, at 2:00 PM, via video, before Judge Trevor N. McFadden. Speedy Trial is tolled from 2/12/2021 to 3/12/2021, in the interests of justice and for the reasons identified in the Chief Judge's most recent standing order. Bond Status of Defendant: Defendant remains committed. Defense Attorney: Lindy R. Urso; US Attorneys: Jocelyn P. Bond & Melissa J. Jackson; Pretrial Officer: Christine Schuck (appeared by phone); Court Reporter: Crystal Pilgrim. (hmc) (Entered: 02/12/2021) |

| 02/12/2021 | 18 | ORDER as to PATRICK EDWARD MCCAUGHEY, III. For the reasons stated at the hearing and in the attached Order, Defendant's 9 Motion for Release on Bond is DENIED. See Order for details. Signed by Judge Trevor N. McFadden on 2/12/2021. (lctnm2) (Entered: 02/12/2021) |
|---|---|---|
| 03/03/2021 | 19 | SUPERSEDING INDICTMENT as to PATRICK EDWARD MCCAUGHEY, III (1) count(s) 1s, 2s, 7s, 8s, 9s, 10s, 13s, 15s, 17s, 18s, 19s, TRISTAN CHANDLER STEVENS (2) count(s) 1, 2, 3, 4, 5, 6, 11, 12, 13, 14, 16, 18, 19. (zltp) (Entered: 03/04/2021) |
| 03/11/2021 | 22 | MOTION to Continue *and to Exclude Time Under the Speedy Trial Act* by USA as to PATRICK EDWARD MCCAUGHEY, III, TRISTAN CHANDLER STEVENS. (Attachments: # 1 Text of Proposed Order)(Jackson, Melissa) (Entered: 03/11/2021) |
| 03/11/2021 | 24 | MOTION to Exclude Time Under the Speedy Trial Act by USA as to PATRICK EDWARD MCCAUGHEY, III, TRISTAN CHANDLER STEVENS. (See Docket Entry 22 to view document). (znmw) (Entered: 03/23/2021) |
| 03/12/2021 |  | MINUTE ORDER as to PATRICK EDWARD MCCAUGHEY, III (1) and TRISTAN CHANDLER STEVENS (2). Consistent with the Due Process Protections Act, and as stated at the hearing held before Judge McFadden, the Court ORDERS that all government counsel shall review their disclosure obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, as set forth in Local Criminal Rule 5.1, and comply with those provisions. The failure to comply could result in dismissal of the indictment or information, dismissal of individual charges, exclusion of government evidence or witnesses, continuances, Bar discipline, or any other remedy that is just under the circumstances. SO ORDERED. Signed by Judge Trevor N. McFadden on 3/12/21. (lctnm2) (Entered: 03/12/2021) |
| 03/12/2021 |  | Minute Entry for proceedings held before Judge Trevor N. McFadden: Arraignment and Status Conference as to PATRICK EDWARD MCCAUGHEY, III (1) and TRISTAN CHANDLER STEVENS (2) held via video on 3/12/2021. Defendants agreed to proceed via video. Due Process Protections Act Order read into the record by the Court. PATRICK EDWARD MCCAUGHEY III (1) arraigned on Count 1s, 2s, 7s, 8s, 9s, 10s, 13s, 15s, 17s, 18s, and 19s. Plea of Not Guilty entered as to all counts. TRISTAN CHANDLER STEVENS (2) arraigned on Counts 1, 2, 3, 4, 5, 6, 11, 12, 13, 14, 16, 18, and 19. Plea of Not Guilty entered as to all counts. A further Status Conference is set for 5/4/2021, at 11:00 AM, via video, before Judge Trevor N. McFadden. Time under the Speedy Trial Act is tolled from 3/12/2021 to 5/4/2021, in the interests of justice and for the reasons identified in the Chief Judge's most recent standing order. Bond Status of Defendants: (1): Committed, (2): Personal Recognizance. Defense Attorneys: (1): Lindy R. Urso, (2): Dani C. Jahn; US Attorneys: Jocelyn P. Bond and Melissa J. Jackson; Court Reporter: Crystal Pilgrim. (hmc) (Entered: 03/12/2021) |
| 03/27/2021 | 25 | Memorandum in Opposition by PATRICK EDWARD MCCAUGHEY, III re 22 MOTION to Continue *and to Exclude Time Under the Speedy Trial Act*, 24 MOTION to Exclude (Urso, Lindy) (Entered: 03/27/2021) |
| 03/29/2021 | 26 | MOTION for Protective Order by USA as to PATRICK EDWARD MCCAUGHEY, III, TRISTAN CHANDLER STEVENS. (Attachments: # 1 Affidavit, # 2 Exhibit)(Bond, Jocelyn) (Entered: 03/29/2021) |
| 03/29/2021 | 27 | MOTION for Disclosure *Motion for Order to Disclose Protected Items* re 26 MOTION for Protective Order by USA as to PATRICK EDWARD MCCAUGHEY, |

| | | |
|---|---|---|
| | | III, TRISTAN CHANDLER STEVENS. (Bond, Jocelyn) Modified relief on 3/30/2021 (znmw). (Entered: 03/29/2021) |
| 03/29/2021 | | MINUTE ORDER as to PATRICK EDWARD MCCAUGHEY, III (1). The Government's 26 Motion for Protective Order states that Defendant McCaughey opposes the motion. The Defendant shall file his opposition to the Government's Motion on or before April 5, 2021. SO ORDERED. Signed by Judge Trevor N. McFadden on 3/29/2021. (lctnm2) Modified on 3/29/2021 to add defendant's number (hmc). (Entered: 03/29/2021) |
| 03/29/2021 | | Set/Reset Deadlines as to PATRICK EDWARD MCCAUGHEY, III (1): Defendant's opposition to Government's 26 Motion due by 4/5/2021. (hmc) (Entered: 03/29/2021) |
| 03/31/2021 | 28 | MOTION for Release from Custody *and to Reopen Hearing* by PATRICK EDWARD MCCAUGHEY, III. (Attachments: # 1 Supplement 2/12/21 Transcript)(Urso, Lindy) (Entered: 03/31/2021) |
| 03/31/2021 | | MINUTE ORDER as to PATRICK EDWARD MCCAUGHEY, III (1). The Government shall respond to Defendant McCaughey's 28 Motion to Reopen Detention Hearing and for Release on Conditions on or before April 7, 2021. SO ORDERED. Signed by Judge Trevor N. McFadden on 3/31/2021. (lctnm2) (Entered: 03/31/2021) |
| 04/01/2021 | | Set/Reset Deadlines as to PATRICK EDWARD MCCAUGHEY, III (1): Government's response due by 4/7/2021. (hmc) (Entered: 04/01/2021) |
| 04/05/2021 | 29 | Memorandum in Opposition by PATRICK EDWARD MCCAUGHEY, III re 26 MOTION for Protective Order (Attachments: # 1 Exhibit A)(Urso, Lindy) (Entered: 04/05/2021) |
| 04/07/2021 | 30 | RESPONSE by USA as to PATRICK EDWARD MCCAUGHEY, III re 28 MOTION for Release from Custody *and to Reopen Hearing (Opposition to Motion)* (Bond, Jocelyn) (Entered: 04/07/2021) |
| 04/08/2021 | 31 | NOTICE *of Filing* by USA as to PATRICK EDWARD MCCAUGHEY, III, TRISTAN CHANDLER STEVENS (Attachments: # 1 Exhibit Discovery Letter to Defense Counsel dated April 8, 2021)(Jackson, Melissa) (Entered: 04/08/2021) |
| 04/09/2021 | 32 | REPLY in Support by USA as to PATRICK EDWARD MCCAUGHEY, III, TRISTAN CHANDLER STEVENS re 26 MOTION for Protective Order (Jackson, Melissa) (Entered: 04/09/2021) |
| 04/13/2021 | 34 | NOTICE *of Filing* by USA as to PATRICK EDWARD MCCAUGHEY, III, TRISTAN CHANDLER STEVENS (Attachments: # 1 Exhibit Discovery Letter to Defense Counsel dated April 13, 2021)(Jackson, Melissa) (Entered: 04/13/2021) |
| 04/14/2021 | 35 | REPLY TO OPPOSITION to Motion by PATRICK EDWARD MCCAUGHEY, III re 28 MOTION for Release from Custody *and to Reopen Hearing* (Urso, Lindy) (Entered: 04/14/2021) |
| 04/16/2021 | 37 | SECOND SUPERSEDING INDICTMENT as to PATRICK EDWARD MCCAUGHEY, III (1) count(s) 6ss, 11ss−12ss, 15ss, 16ss, 18ss, 22ss, 25ss, 26ss, TRISTAN CHANDLER STEVENS (2) count(s) 6s−7s, 8s, 14s, 15s, 16s, 17s, 21s, 25s, 26s, DAVID LEE JUDD (3) count(s) 7, 9, 14, 15, 16, 19, 23, 25, 26, CHRISTOPHER JOSEPH QUAGLIN (4) count(s) 1−2, 3, 4−5, 10, 13, 15, 16, 20, 24, 25, 26. (zltp) Modified on 4/20/2021 (zltp). (Entered: 04/20/2021) |

| 04/19/2021 | 36 | SUPPLEMENT by USA as to PATRICK EDWARD MCCAUGHEY, III re 30 Response to motion *for Release from Custody and to Reopen Hearing (Opposition to Motion)* (Bond, Jocelyn) (Entered: 04/19/2021) |
|---|---|---|
| 04/21/2021 | 39 | MEMORANDUM OPINION re Government's 26 Motion for Protective Order as to PATRICK EDWARD MCCAUGHEY, III and TRISTAN CHANDLER STEVENS. See attached Opinion for details. Signed by Judge Trevor N. McFadden on 4/21/2021. (lctnm2) (Entered: 04/21/2021) |
| 04/21/2021 | 40 | ORDER granting the Government's 26 Motion for Protective Order as to PATRICK EDWARD MCCAUGHEY, III and TRISTAN CHANDLER STEVENS. See attached Protective Order for details. Signed by Judge Trevor N. McFadden on 4/21/2021. (lctnm2) (Entered: 04/21/2021) |
| 04/21/2021 | 41 | ORDER granting the Government's 27 Motion for an Order to Disclose Items Protected by Federal Rule of Criminal Procedure 6(e) and Sealed Materials as to PATRICK EDWARD MCCAUGHEY, III and TRISTAN CHANDLER STEVENS. It appears that Defendant McCaughey opposed this motion only to the extent he opposed the Government's 26 Motion for Protective Order. *See* ECF No. 27 at 1. In light of the Court's 39 Opinion and 40 Order, the Court grants the Government's Motion for an Order to Disclose. See attached Order for details. Signed by Judge Trevor N. McFadden on 4/21/2021. (lctnm2) (Entered: 04/21/2021) |
| 05/04/2021 | | MINUTE ORDER as to PATRICK EDWARD MCCAUGHEY, III (1), TRISTAN CHANDLER STEVENS (2), DAVID LEE JUDD (3), and CHRISTOPHER JOSEPH QUAGLIN (4). Consistent with the Due Process Protections Act, and as stated at the status conference held before Judge McFadden, the Court ORDERS that all government counsel shall review their disclosure obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, as set forth in Local Criminal Rule 5.1, and comply with those provisions. The failure to comply could result in dismissal of the indictment or information, dismissal of individual charges, exclusion of government evidence or witnesses, continuances, Bar discipline, or any other remedy that is just under the circumstances. SO ORDERED. Signed by Judge Trevor N. McFadden on 5/4/21. (lctnm2) (Entered: 05/04/2021) |
| 05/04/2021 | 51 | Consent MOTION to Modify Conditions of Release *to replace Real Estate Surety* by PATRICK EDWARD MCCAUGHEY, III. (Urso, Lindy) (Entered: 05/04/2021) |
| 05/04/2021 | | Minute Entry for proceedings held before Judge Trevor N. McFadden: Arraignment and Status Conference as to PATRICK EDWARD MCCAUGHEY, III (1), TRISTAN CHANDLER STEVENS (2), DAVID LEE JUDD (3), and CHRISTOPHER JOSEPH QUAGLIN (4) held via videoconference on 5/4/2021. Due Process Protections Act Order read into the record by the Court. Appearance waived for DAVID LEE JUDD (3) and CHRISTOPHER JOSEPH QUAGLIN (4). Defendants PATRICK EDWARD MCCAUGHEY, III (1) and TRISTAN CHANDLER STEVENS (2) agreed to proceed via video. PATRICK EDWARD MCCAUGHEY III (1) arraigned on Counts 6ss, 11ss−12ss, 15ss, 16ss, 18ss, 22ss, 25ss, 26ss. Defendant entered a plea on Not Guilty as to all counts. TRISTAN CHANDLER STEVENS (2) arraigned on Counts 6s−7s, 8s, 14s, 15s, 16s, 17s, 21s, 25s, 26s. Defendant entered a plea of Not Guilty as to all counts. Defendant PATRICK EDWARD MCCAUGHEY'S (1) 28 Motion for Release from Custody, GRANTED for reasons stated on the record. Defendant to be released once conditions of the bond have been satisfied. Oral motion by Attorney Dani C. Jahn for substitution of Attorney Lauren Cobb as counsel, HEARD and GRANTED. Attorney |

| | | |
|---|---|---|
| | | Lauren Cobb shall file her notice of appearance. A further VTC Status Conference is set for 6/16/2021 at 11:00 AM before Judge Trevor N. McFadden. Time under the Speedy Trial Act is tolled from 5/4/2021 to 6/16/2021, in the interests of justice. Bond Status of Defendants: (1): Defendant will be released on Personal Recognizance (HISP) with a secured bond, (2): Personal Recognizance. Defense Attorneys: (1): Lindy R. Urso, (2): Dani C. Jahn and Lauren Cobb, (3): Elizabeth A. Mullin, (4): Carlos Diaz−Cobo; US Attorneys: Jocelyn P. Bond & Melissa J. Jackson: Pretrial Officer: Christine Schuck (appeared by phone); Court Reporter: Lisa Edwards. (hmc) (Entered: 05/04/2021) |
| 05/05/2021 | 53 | TRANSCRIPT OF ARRAIGNMENT/STATUS CONFERENCE CONDUCTED VIA ZOOM in case as to PATRICK EDWARD MCCAUGHEY, III, TRISTAN CHANDLER STEVENS, DAVID LEE JUDD, CHRISTOPHER JOSEPH QUAGLIN before Judge Trevor N. McFadden held on May 4, 2021; Page Numbers: 1−32. Date of Issuance:May 5, 2021. Court Reporter/Transcriber Lisa Edwards. Telephone number (202) 354−3269. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 5/26/2021. Redacted Transcript Deadline set for 6/5/2021. Release of Transcript Restriction set for 8/3/2021.(Edwards, Lisa) (Entered: 05/05/2021) |
| 05/05/2021 | | MINUTE ORDER as to PATRICK EDWARD MCCAUGHEY III (1). Upon consideration of defendants 51 Consent Motion to Modify Conditions of Release to replace Real Estate Surety, it is hereby ORDERED that the motion is GRANTED. The conditions of release shall reflect the defendants grandmothers real property to be liened. Signed by Judge Trevor N. McFadden on 5/5/2021. (hmc) (Entered: 05/05/2021) |
| 05/05/2021 | 54 | ORDER Setting Conditions of Release with Global Positioning System Monitoring as to PATRICK EDWARD MCCAUGHEY, III (1). Signed by Judge Trevor N. McFadden on 5/4/2021. (Attachments: # 1 Appearance Bond) (hmc) (Entered: 05/05/2021) |
| 06/14/2021 | 63 | MOTION to Modify Conditions of Release by PATRICK EDWARD MCCAUGHEY, III. (Urso, Lindy) (Entered: 06/14/2021) |
| 06/14/2021 | 64 | NOTICE *of Filing* by USA as to PATRICK EDWARD MCCAUGHEY, III, TRISTAN CHANDLER STEVENS, DAVID LEE JUDD, CHRISTOPHER JOSEPH QUAGLIN (Attachments: # 1 Exhibit Discovery Letter to Defense Counsel dated |

| | | |
|---|---|---|
| | | June 14, 2021, # 2 Exhibit Discovery Letter to Defense Counsel dated June 14, 2021, # 3 Exhibit Discovery Letter to Defense Counsel dated June 14, 2021)(Jackson, Melissa) (Entered: 06/14/2021) |
| 06/16/2021 | | Minute Entry for proceedings held before Judge Trevor N. McFadden: Status Conference as to PATRICK EDWARD MCCAUGHEY, III (1), TRISTAN CHANDLER STEVENS (2), DAVID LEE JUDD (3), CHRISTOPHER JOSEPH QUAGLIN (4) held via video on 6/16/2021. A further VTC Status Conference is set for 8/5/2021 at 10:00 AM before Judge Trevor N. McFadden. Time under the Speedy Trial Act is tolled from 6/16/2021 to 8/5/2021, in the interests of justice. 22 24 Motions to Continue and to Exclude Time Under the Speedy Trial Act, GRANTED. PATRICK EDWARD MCCAUGHEY, III (1) 63 Motion to Modify Conditions of Release, GRANTED. Conditions of release for PATRICK EDWARD MCCAUGHEY, III (1) modified as follows: home detention is removed, defendant is placed on curfew from 9:00 PM to 7:00 AM; defendant is allowed to travel through the Southern District of New York for the purposes of going to and from work. All other release conditions that were previously imposed will remain in effect. Conditions of release for DAVID LEE JUDD (3) modified as follows: defendant is allowed to travel to the Northern District of Texas. Applicants' Motion for Access to Video Exhibits in case 21−mc−79 was GRANTED, without objection from the parties. Bond Status of Defendants: (1): Personal Recognizance (HISP) with a secured bond, (2) & (3): Personal Recognizance, (4): remains committed. Defense Attorneys: (1): Lindy R. Urso, (2): Lauren Cobb, (3): Elizabeth A. Mullin, (4): Carlos Diaz−Cobo; US Attorneys: Jocelyn P. Bond & Melissa J. Jackson; News Media Coalition: Charles Tobin; Pretrial Officer: Shay Holman; Court Reporter: Crystal Pilgrim. (hmc) (Entered: 06/16/2021) |
| 06/16/2021 | 68 | THIRD SUPERSEDING INDICTMENT as to PATRICK EDWARD MCCAUGHEY, III (1) count(s) 11sss, 19sss−20sss, 24sss, 25sss, 27sss, 32sss, 36sss, 37sss, TRISTAN CHANDLER STEVENS (2) count(s) 11ss, 13ss, 16ss, 23ss, 24ss, 25ss, 26ss, 34ss, 36ss, 37ss, DAVID LEE JUDD (3) count(s) 13s, 17s, 23s, 24s, 25s, 28s, 33s, 36s, 37s, CHRISTOPHER JOSEPH QUAGLIN (4) count(s) 1s−2s, 3s, 4s, 10s, 18s, 21s, 24s, 25s, 29s, 34s, 36s, 37s, ROBERT MORSS (5) count(s) 5−6, 9, 15, 22, 24, 25, 36, 37, GEOFFREY WILLIAM SILLS (6) count(s) 7−8, 12, 14, 24, 25, 30, 35, 36, 37. (zltp) Modified on 6/17/2021 to correct as count 31ss pertains to defendant 2.(ztnr) (Entered: 06/17/2021) |
| 06/16/2021 | 70 | MOTION to Seal Case by USA as to PATRICK EDWARD MCCAUGHEY, III, TRISTAN CHANDLER STEVENS, DAVID LEE JUDD, CHRISTOPHER JOSEPH QUAGLIN, ROBERT MORSS, GEOFFREY WILLIAM SILLS. (Attachments: # 1 Text of Proposed Order)(zltp) (Entered: 06/17/2021) |
| 06/16/2021 | 71 | ORDER granting 70 Motion to Seal Case as to PATRICK EDWARD MCCAUGHEY III (1), TRISTAN CHANDLER STEVENS (2), DAVID LEE JUDD (3), CHRISTOPHER JOSEPH QUAGLIN (4), ROBERT MORSS (5), GEOFFREY WILLIAM SILLS (6). Signed by Magistrate Judge Zia M. Faruqui on 6/16/2021. (zltp) (Entered: 06/17/2021) |
| 07/02/2021 | 77 | Unopposed MOTION for Protective Order by USA as to PATRICK EDWARD MCCAUGHEY, III, TRISTAN CHANDLER STEVENS, DAVID LEE JUDD, CHRISTOPHER JOSEPH QUAGLIN, ROBERT MORSS, GEOFFREY WILLIAM SILLS. (Attachments: # 1 Text of Proposed Order)(Jackson, Melissa) (Entered: 07/02/2021) |

| 07/08/2021 | 83 | NOTICE *of Filing Viewing Letter* by USA as to PATRICK EDWARD MCCAUGHEY, III, TRISTAN CHANDLER STEVENS, DAVID LEE JUDD, CHRISTOPHER JOSEPH QUAGLIN, ROBERT MORSS, GEOFFREY WILLIAM SILLS (Attachments: # 1 Notice to Counsel/Party)(Jackson, Melissa) (Entered: 07/08/2021) |
|---|---|---|
| 07/29/2021 | 94 | NOTICE *of Related Cases and Intent to Supersede Indictment per Rule 57.12B3* by USA as to PATRICK EDWARD MCCAUGHEY, III, TRISTAN CHANDLER STEVENS, DAVID LEE JUDD, CHRISTOPHER JOSEPH QUAGLIN, ROBERT MORSS, GEOFFREY WILLIAM SILLS (Bond, Jocelyn) (Entered: 07/29/2021) |
| 08/04/2021 | 96 | NOTICE *of Filing of Discovery Letters* by USA as to PATRICK EDWARD MCCAUGHEY, III, TRISTAN CHANDLER STEVENS, DAVID LEE JUDD, CHRISTOPHER JOSEPH QUAGLIN, ROBERT MORSS, GEOFFREY WILLIAM SILLS (Attachments: # 1 Appendix Discovery letter− 8−4−2021, # 2 Appendix Discovery Letter 8−5−2021)(Jackson, Melissa) (Entered: 08/04/2021) |
| 08/04/2021 | 97 | STATUS REPORT *Regarding Status of Discovery* by USA as to PATRICK EDWARD MCCAUGHEY, III, TRISTAN CHANDLER STEVENS, DAVID LEE JUDD, CHRISTOPHER JOSEPH QUAGLIN, ROBERT MORSS, GEOFFREY WILLIAM SILLS (Jackson, Melissa) (Entered: 08/04/2021) |
| 08/04/2021 | 102 | FOURTH SUPERSEDING INDICTMENT as to PATRICK EDWARD MCCAUGHEY, III (1) count(s) 14ssss, 24ssss−25ssss, 34ssss, 35ssss, 37ssss, 45ssss, 52ssss, 53ssss, TRISTAN CHANDLER STEVENS (2) count(s) 14sss, 16sss, 21sss, 33sss, 34sss, 35sss, 36sss, 44sss, 52sss, 53sss, DAVID LEE JUDD (3) count(s) 16ss, 22ss, 33ss, 34ss, 35ss, 38ss, 46ss, 52ss, 53ss, CHRISTOPHER JOSEPH QUAGLIN (4) count(s) 1ss, 2ss, 3ss, 4ss, 11ss, 20ss, 23ss, 26ss, 34ss, 35ss, 39ss, 47ss, 52ss, 53ss, ROBERT MORSS (5) count(s) 5s, 6s, 10s, 20s, 27s, 34s, 35s, 41s, 49s, 52s, 53s, GEOFFREY WILLIAM SILLS (6) count(s) 7s−8s, 13s, 15s, 18s, 34s, 35s, 40s, 48s, 52s, 53s, DAVID MEHAFFIE (7) count(s) 12, 34, 35, 52, 53, STEVEN CAPPUCCIO (8) count(s) 28, 29, 30, 34, 35, 42, 50, 52, 53, FEDERICO GUILLERMO KLEIN (9) count(s) 9, 17, 19, 27, 31−32, 34, 35, 43, 51, 52, 53. (zltp) (Entered: 08/10/2021) |
| 08/04/2021 | 104 | MOTION to Seal Case by USA as to PATRICK EDWARD MCCAUGHEY, III, TRISTAN CHANDLER STEVENS, DAVID LEE JUDD, CHRISTOPHER JOSEPH QUAGLIN, ROBERT MORSS, GEOFFREY WILLIAM SILLS, DAVID MEHAFFIE, STEVEN CAPPUCCIO, FEDERICO GUILLERMO KLEIN. (Attachments: # 1 Text of Proposed Order)(zltp) (Entered: 08/10/2021) |
| 08/04/2021 | 105 | ORDER granting 104 Motion to Seal Case as to PATRICK EDWARD MCCAUGHEY III (1), TRISTAN CHANDLER STEVENS (2), DAVID LEE JUDD (3), CHRISTOPHER JOSEPH QUAGLIN (4), ROBERT MORSS (5), GEOFFREY WILLIAM SILLS (6), DAVID MEHAFFIE (7), STEVEN CAPPUCCIO (8), FEDERICO GUILLERMO KLEIN (9). Signed by Magistrate Judge Robin M. Meriweather on 8/4/2021. (zltp) (Entered: 08/10/2021) |
| 08/05/2021 | | MINUTE ORDER as to PATRICK EDWARD MCCAUGHEY, III (1), TRISTAN CHANDLER STEVENS, DAVID LEE JUDD (3), CHRISTOPHER JOSEPH QUAGLIN (4), ROBERT MORSS (5), AND GEOFFREY WILLIAMS SILLS (6). Consistent with the Due Process Protections Act, and as stated at the status conference held before Judge McFadden, the Court ORDERS that all government counsel shall review their disclosure obligations under *Brady v. Maryland*, 373 U.S. |

| | | |
|---|---|---|
| | | 83 (1963), and its progeny, as set forth in Local Criminal Rule 5.1, and comply with those provisions. The failure to comply could result in dismissal of the indictment or information, dismissal of individual charges, exclusion of government evidence or witnesses, continuances, Bar discipline, or any other remedy that is just under the circumstances. SO ORDERED. Signed by Judge Trevor N. McFadden on 8/5/21. (lctnm1) (Entered: 08/05/2021) |
| 08/05/2021 | | Minute Entry for proceedings held before Judge Trevor N. McFadden: Status Conference as to PATRICK EDWARD MCCAUGHEY, III (1), TRISTAN CHANDLER STEVENS (2), DAVID LEE JUDD (3), CHRISTOPHER JOSEPH QUAGLIN (4), ROBERT MORSS (5), GEOFFREY WILLIAM SILLS (6) held via videoconference on 8/5/2021. Due Process Protections Act Order read into the record by the Court. Defendant Quaglin's (4) motion for substitution of attorney, HEARD and GRANTED. Attorney Joseph McBride substituting for Attorney Carlos Diaz−Cobo. A further VTC Status Conference is set for 9/20/2021 at 2:00 PM before Judge Trevor N. McFadden. Time under the Speedy Trial Act is tolled from 8/5/2021 to 9/20/2021, in the interests of justice. Bond Status of Defendants: (1): Personal Recognizance (HISP) with a secured bond, (2) & (3): Personal Recognizance, (4), (5), & (6): remain committed. Defense Attorneys: (1): Lindy R. Urso, (2): Lauren Cobb, (3): Elizabeth A. Mullin, (4): Carlos Diaz−Cobo and Joseph D. McBride, (5): Elizabeth L. Toplin and Kathleen M. Gaughan, (6): John C. Kiyonaga; US Attorney: Melissa J. Jackson; Court Reporter: Lisa Bankins. (hmc) (Entered: 08/05/2021) |
| 08/09/2021 | 101 | NOTICE *of Filing of Discovery Letter* by USA as to PATRICK EDWARD MCCAUGHEY, III, TRISTAN CHANDLER STEVENS, DAVID LEE JUDD, CHRISTOPHER JOSEPH QUAGLIN, ROBERT MORSS, GEOFFREY WILLIAM SILLS (Attachments: # 1 Exhibit Discovery letter− 8−9−2021)(Jackson, Melissa) (Entered: 08/09/2021) |
| 08/24/2021 | 119 | NOTICE OF ATTORNEY APPEARANCE Kimberley Charlene Nielsen appearing for USA. (Nielsen, Kimberley) (Entered: 08/24/2021) |
| 08/24/2021 | 120 | STATUS REPORT *Regarding Status of Discovery* by USA as to PATRICK EDWARD MCCAUGHEY, III, TRISTAN CHANDLER STEVENS, DAVID LEE JUDD, CHRISTOPHER JOSEPH QUAGLIN, ROBERT MORSS, GEOFFREY WILLIAM SILLS, DAVID MEHAFFIE, STEVEN CAPPUCCIO, FEDERICO GUILLERMO KLEIN (Jackson, Melissa) (Entered: 08/24/2021) |
| 09/15/2021 | | MINUTE ORDER as to DAVID MEHAFFIE (7), STEVEN CAPPUCCIO (8), FEDERICO GUILLERMO KLEIN (9) ordering Defendants to file their opposition, if any, to the Government's 124 Motion for a Protective Order on or before September 21, 2021. SO ORDERED. Signed by Judge Trevor N. McFadden on 9/15/21. (lctnm2) Modified on 9/16/2021 to add defendants' names (hmc). (Entered: 09/15/2021) |
| 09/15/2021 | 125 | STATUS REPORT *on Discovery as of 9/14/21* by USA as to PATRICK EDWARD MCCAUGHEY, III, TRISTAN CHANDLER STEVENS, DAVID LEE JUDD, CHRISTOPHER JOSEPH QUAGLIN, ROBERT MORSS, GEOFFREY WILLIAM SILLS, DAVID MEHAFFIE, STEVEN CAPPUCCIO, FEDERICO GUILLERMO KLEIN (Bond, Jocelyn) (Entered: 09/15/2021) |
| 09/17/2021 | | MINUTE ORDER as to PATRICK EDWARD MCCAUGHEY, III (1), TRISTAN CHANDLER STEVENS (2), DAVID LEE JUDD (3), CHRISTOPHER JOSEPH QUAGLIN (4), ROBERT MORSS (5), GEOFFREY WILLIAM SILLS (6), DAVID |

| | | |
|---|---|---|
| | | MEHAFFIE (7), STEVEN CAPPUCCIO (8), FEDERICO GUILLERMO KLEIN (9). Due to the recent unavailability of remote hearing rooms at DC Jail, the Status Conference set for September 20, 2021 is hereby VACATED. The Court will promptly reschedule the hearing. Signed by Judge Trevor N. McFadden on 9/17/2021. (hmc) (Entered: 09/17/2021) |
| 09/17/2021 | 129 | MOTION to Modify Conditions of Release by PATRICK EDWARD MCCAUGHEY, III. (Attachments: # 1 Exhibit A)(Urso, Lindy) (Entered: 09/17/2021) |
| 09/20/2021 | | MINUTE ORDER as to PATRICK EDWARD MCCAUGHEY, III (1), TRISTAN CHANDLER STEVENS (2), DAVID LEE JUDD (3), CHRISTOPHER JOSEPH QUAGLIN (4), ROBERT MORSS (5), GEOFFREY WILLIAM SILLS (6), DAVID MEHAFFIE (7), STEVEN CAPPUCCIO (8), FEDERICO GUILLERMO KLEIN (9). The Status Conference that was originally set for 9/20/2021, is rescheduled to 10/4/2021 at 4:30 PM in the Ceremonial Courtroom − In Person before Judge Trevor N. McFadden. Time under the Speedy Trial Act is tolled from 9/20/2021 to 10/4/2021, in the interests of justice and in light of the logistical issues in scheduling a hearing with all defendants earlier than this. Signed by Judge Trevor N. McFadden on 9/20/2021. (hmc) (Entered: 09/20/2021) |
| 09/23/2021 | 133 | NOTICE *OF FILING OF DISCOVERY LETTER* by USA as to PATRICK EDWARD MCCAUGHEY, III, TRISTAN CHANDLER STEVENS, DAVID LEE JUDD, CHRISTOPHER JOSEPH QUAGLIN, ROBERT MORSS, GEOFFREY WILLIAM SILLS, DAVID MEHAFFIE, STEVEN CAPPUCCIO, FEDERICO GUILLERMO KLEIN (Attachments: # 1 Notice to Counsel/Party)(Jackson, Melissa) (Entered: 09/23/2021) |
| 09/23/2021 | 134 | NOTICE *OF FILING OF DISCOVERY LETTER* by USA as to PATRICK EDWARD MCCAUGHEY, III, TRISTAN CHANDLER STEVENS, DAVID LEE JUDD, CHRISTOPHER JOSEPH QUAGLIN, ROBERT MORSS, GEOFFREY WILLIAM SILLS, DAVID MEHAFFIE, STEVEN CAPPUCCIO, FEDERICO GUILLERMO KLEIN (Attachments: # 1 Notice to Counsel/Party)(Jackson, Melissa) (Entered: 09/23/2021) |
| 09/27/2021 | 136 | NOTICE *OF FILING OF DISCOVERY LETTER* by USA as to PATRICK EDWARD MCCAUGHEY, III, TRISTAN CHANDLER STEVENS, DAVID LEE JUDD, CHRISTOPHER JOSEPH QUAGLIN, ROBERT MORSS, GEOFFREY WILLIAM SILLS, DAVID MEHAFFIE, STEVEN CAPPUCCIO, FEDERICO GUILLERMO KLEIN (Attachments: # 1 Notice to Counsel/Party)(Jackson, Melissa) (Entered: 09/27/2021) |
| 10/01/2021 | 140 | NOTICE *of Filing of Discovery Letter* by USA as to PATRICK EDWARD MCCAUGHEY, III, TRISTAN CHANDLER STEVENS, DAVID LEE JUDD, CHRISTOPHER JOSEPH QUAGLIN, ROBERT MORSS, GEOFFREY WILLIAM SILLS, DAVID MEHAFFIE, STEVEN CAPPUCCIO, FEDERICO GUILLERMO KLEIN (Attachments: # 1 Exhibit)(Jackson, Melissa) (Entered: 10/01/2021) |
| 10/04/2021 | | MINUTE ORDER granting Governments 145 Motion to Seal. The Clerk of Court shall place ECF No. 145 and 145−1 under seal. SO ORDERED. Signed by Judge Trevor N. McFadden on 10/4/21. (lctnm2) (Entered: 10/04/2021) |
| 10/04/2021 | | Minute Entry for proceedings held before Judge Trevor N. McFadden: Arraignment and Status Conference as to PATRICK EDWARD MCCAUGHEY, III (2), TRISTAN CHANDLER STEVENS (2), DAVID LEE JUDD (3), CHRISTOPHER |

| | | |
|---|---|---|
| | | JOSEPH QUAGLIN (4), ROBERT MORSS (5), GEOFFREY WILLIAM SILLS (6), DAVID MEHAFFIE (7), STEVEN CAPPUCCIO (8), FEDERICO GUILLERMO KLEIN (9) held on 10/4/2021. Due Process Protections Act read into the record by the Court. PATRICK EDWARD MCCAUGHEY III (1) arraigned on Counts 14ssss, 24ssss−25ssss, 34ssss, 35ssss, 37ssss, 45ssss, 52ssss, 53ssss. Defendant entered a plea of Not Guilty as to all counts. TRISTAN CHANDLER STEVENS (2) arraigned on Counts 14sss, 16sss, 21sss, 33sss, 34sss, 35sss, 36sss, 44sss, 52sss, 53sss. Defendant entered a plea of Not Guilty as to all counts. DAVID LEE JUDD (3) arraigned on Counts 16ss, 22ss, 33ss, 34ss, 35ss, 38ss, 46ss, 52ss, 53ss. Defendant entered a plea of Not Guilty as to all counts. CHRISTOPHER JOSEPH QUAGLIN (4) arraigned on Counts 1ss, 2ss, 3ss, 4ss, 11ss, 20ss, 23ss, 26ss, 34ss, 35ss, 39ss, 47ss, 52ss, 53ss. Defendant entered a plea of Not Guilty as to all counts. ROBERT MORSS (5) arraigned on Counts 5s, 6s, 10s, 20s, 27s, 34s, 35s, 41s, 49s, 52s, 53s. Defendant entered a plea of Not Guilty as to all counts. GEOFFREY WILLIAM SILLS (6) arraigned on Counts 7s−8s, 13s, 15s, 18s, 34s, 35s, 40s, 48s, 52s, 53s. Defendant entered a plea of Not Guilty as to all counts. STEVEN CAPPUCCIO (8) arraigned on Counts 28, 29, 30, 34, 35, 42, 50, 52, 53. Defendant entered a plea of Not Guilty as to all counts. FEDERICO GUILLERMO KLEIN (9) arraigned on Counts 9, 17, 19, 27, 31−32, 34, 35, 43, 51, 52, 53. Defendant entered a plea of Not Guilty as to all counts. Government's 124 Motion for Protective Order as to DAVID MEHAFFIE (7), STEVEN CAPPUCCIO (8), FEDERICO GUILLERMO KLEIN (9), GRANTED. PATRICK EDWARD MCCAUGHEY'S (1) 129 Motion to Modify Conditions of Release, GRANTED. Defendant will no longer be subject to GPS monitoring. All other conditions of release remain the same. TRISTAN CHANDLER STEVENS' (2) 135 Motion to Modify Conditions of Release, DENIED. DAVID LEE JUDD'S (3) 132 Motion to Modify Conditions of Release, GRANTED. Defendant will no longer be subject to home detention, but will continue to be subject to GPS location monitoring. All other conditions of release remain the same. Government's response to DAVID LEE JUDD'S (3) 138 Motion to Compel Discovery in Support of Claim of Selective Prosecution due by 10/18/2021. Defendant's reply due by 10/25/2021. Status Conference set for 12/17/2021 at 2:00 PM in Courtroom 2− In Person before Judge Trevor N. McFadden. Time under the Speedy Trial Act is tolled from 10/4/2021 to 12/17/2021, in the interests of justice. DAVID LEE JUDD'S (3) appearance is waived for the next hearing. STEVEN CAPPUCCIO'S (8) appearance is waived for the next hearing. FEDERICO GUILLERMO KLEIN (9) directed to appear in person to the next hearing. Bond Status of Defendants: (1), (2), (3), (7), (8) & (9): Personal Recognizance, (4) (5) & (6): committed/commitments issued. Defense Attorneys: (1): Lindy R. Urso, (2): Lauren Cobb, (3): Elizabeth A. Mullin, (4): Steven Metcalf standing in for Joseph D. McBride, (5): Elizabeth L. Toplin and Kathleen M. Gaughan, (6): Marc Massey standing in for John C. Kiyonaga, (7): Eugene Ohm standing in for Sabrina P. Shroff, (8): Marina T. Douenat, (9): Stanley E. Woodward, Jr.; US Attorneys: Jocelyn P. Bond, Melissa J. Jackson, Kimberly C. Nielsen; Pretrial Officer: Shay Holman; Court Reporter: Nancy Meyer. (hmc) (Entered: 10/05/2021) |
| 10/05/2021 | 146 | ORDER granting 129 Motion to Modify Conditions of Release as to PATRICK EDWARD MCCAUGHEY III (1); denying 135 Motion to Modify Conditions of Release as to TRISTAN CHANDLER STEVENS (2); granting 132 Motion to Modify Conditions of Release as to DAVID LEE JUDD (3). See attached Order for details. Signed by Judge Trevor N. McFadden on 10/5/21. (lctnm2) (Entered: 10/05/2021) |

| 10/06/2021 | 149 | NOTICE *of Filing of Discovery Letter* by USA as to PATRICK EDWARD MCCAUGHEY, III, TRISTAN CHANDLER STEVENS, DAVID LEE JUDD, CHRISTOPHER JOSEPH QUAGLIN, ROBERT MORSS, GEOFFREY WILLIAM SILLS, DAVID MEHAFFIE, STEVEN CAPPUCCIO, FEDERICO GUILLERMO KLEIN (Attachments: # 1 Exhibit Discovery letter− 10−6−2021)(Jackson, Melissa) (Entered: 10/06/2021) |
|---|---|---|
| 10/07/2021 | 150 | NOTICE *of Filing of Discovery Letter* by USA as to PATRICK EDWARD MCCAUGHEY, III, TRISTAN CHANDLER STEVENS, DAVID LEE JUDD, CHRISTOPHER JOSEPH QUAGLIN, ROBERT MORSS, GEOFFREY WILLIAM SILLS, DAVID MEHAFFIE, STEVEN CAPPUCCIO, FEDERICO GUILLERMO KLEIN (Attachments: # 1 Exhibit)(Jackson, Melissa) (Entered: 10/07/2021) |
| 10/12/2021 | 152 | TRANSCRIPT OF PROCEEDINGS in case as to PATRICK EDWARD MCCAUGHEY, III, TRISTAN CHANDLER STEVENS, DAVID LEE JUDD, CHRISTOPHER JOSEPH QUAGLIN, ROBERT MORSS, GEOFFREY WILLIAM SILLS, DAVID MEHAFFIE, STEVEN CAPPUCCIO, FEDERICO GUILLERMO KLEIN before Judge Trevor N. McFadden held on 10/04/021. Page Numbers: 1−64. Date of Issuance: 10/07/2021. Stenographic Court Reporter: Nancy J. Meyer. Telephone Number: 202−354−3118. Transcripts may be ordered by submitting the <ahref="http://www.dcd.uscourts.gov/node/110">Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have 21 days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 11/2/2021. Redacted Transcript Deadline set for 11/12/2021. Release of Transcript Restriction set for 1/10/2022.(Meyer, Nancy) (Entered: 10/12/2021) |
| 10/27/2021 | 161 | STATUS REPORT *Regarding Status of Discovery* by USA as to PATRICK EDWARD MCCAUGHEY, III, TRISTAN CHANDLER STEVENS, DAVID LEE JUDD, CHRISTOPHER JOSEPH QUAGLIN, ROBERT MORSS, GEOFFREY WILLIAM SILLS, DAVID MEHAFFIE, STEVEN CAPPUCCIO, FEDERICO GUILLERMO KLEIN (Jackson, Melissa) (Entered: 10/27/2021) |
| 11/05/2021 | 166 | STATUS REPORT *Regarding Status of Discovery* by USA as to PATRICK EDWARD MCCAUGHEY, III, TRISTAN CHANDLER STEVENS, DAVID LEE JUDD, CHRISTOPHER JOSEPH QUAGLIN, ROBERT MORSS, GEOFFREY WILLIAM SILLS, DAVID MEHAFFIE, STEVEN CAPPUCCIO, FEDERICO GUILLERMO KLEIN (Jackson, Melissa) (Entered: 11/05/2021) |
| 12/01/2021 | 179 | FIFTH SUPERSEDING INDICTMENT as to PATRICK EDWARD MCCAUGHEY, III (1) count(s) 14sssss, 24sssss−25sssss, 34sssss, 35sssss, 37sssss, |

| | | |
|---|---|---|
| | | 45sssss, 52sssss, 53sssss, TRISTAN CHANDLER STEVENS (2) count(s) 14ssss, 16ssss, 21ssss, 33ssss, 34ssss, 35ssss, 36ssss, 44ssss, 52ssss, 53ssss, DAVID LEE JUDD (3) count(s) 16sss, 22sss, 33sss, 34sss, 35sss, 38sss, 46sss, 52sss, 53sss, CHRISTOPHER JOSEPH QUAGLIN (4) count(s) 1sss, 2sss, 3sss, 4sss, 11sss, 20sss, 23sss, 26sss, 34sss, 35sss, 39sss, 47sss, 52sss, 53sss, ROBERT MORSS (5) count(s) 5ss, 6ss, 10ss, 20ss, 27ss, 34ss, 35ss, 41ss, 49ss, 52ss, 53ss, GEOFFREY WILLIAM SILLS (6) count(s) 7ss−8ss, 13ss, 15ss, 18ss, 34ss, 35ss, 40ss, 48ss, 52ss, 53ss, DAVID MEHAFFIE (7) count(s) 12s, 34s, 35s, 52s, 53s, STEVEN CAPPUCCIO (8) count(s) 28s, 29s, 30s, 34s, 35s, 42s, 50s, 52s, 53s, FEDERICO GUILLERMO KLEIN (9) count(s) 9s, 17s, 19s, 27s, 31s−32s, 34s, 35s, 43s, 51s, 52s, 53s. (zltp) (Entered: 12/03/2021) |
| 12/16/2021 | 190 | NOTICE OF ATTORNEY APPEARANCE James Pearce appearing for USA. (Pearce, James) (Entered: 12/16/2021) |
| 12/16/2021 | 191 | NOTICE *of Waiver of Appearance* by PATRICK EDWARD MCCAUGHEY, III (Urso, Lindy) (Entered: 12/16/2021) |
| 12/16/2021 | 192 | MOTION To Adopt & Join Motion Filed by Co−Defendant *re ECF 138* by PATRICK EDWARD MCCAUGHEY, III. (Urso, Lindy) Modified event type on 12/17/2021 (zltp). (Entered: 12/16/2021) |
| 12/16/2021 | | MINUTE ORDER granting 192 Motion to Adopt and Join 138 Motion to Compel as to PATRICK EDWARD MCCAUGHEY, III (1). SO ORDERED. Signed by Judge Trevor N. McFadden on 12/16/21. (lctnm2) (Entered: 12/16/2021) |
| 12/17/2021 | | Minute Entry for proceedings held before Judge Trevor N. McFadden: Arraignment and Status Conference as to PATRICK EDWARD MCCAUGHEY, III (1), TRISTAN CHANDLER STEVENS (2), DAVID LEE JUDD (3), CHRISTOPHER JOSEPH QUAGLIN (4), ROBERT MORSS (5), GEOFFREY WILLIAM SILLS (6), DAVID MEHAFFIE (7), STEVEN CAPPUCCIO (8), FEDERICO GUILLERMO KLEIN (9) held on 12/17/2021. Appearance waived for PATRICK EDWARD MCCAUGHEY, III (1), TRISTAN CHANDLER STEVENS (2), DAVID LEE JUDD (3), DAVID MEHAFFIE (7). CHRISTOPHER JOSEPH QUAGLIN (4) arraigned on Counts 1sss, 2sss, 3sss, 4sss, 11sss, 20sss, 23sss, 26sss, 34sss, 35sss, 39sss, 47sss, 52sss, 53sss. Defendant entered a plea of Not Guilty as to all counts. ROBERT MORSS (5) arraigned on Counts 5ss, 6ss, 10ss, 20ss, 27ss, 34ss, 35ss, 41ss, 49ss, 52ss, 53ss. Defendant entered a plea of Not Guilty as to all counts. GEOFFREY WILLIAM SILLS (6) arraigned on Counts 7ss, 8ss, 13ss, 15ss, 18ss, 34ss, 35ss, 40ss, 48ss, 52ss, 53ss. Defendant entered a plea of Not Guilty as to all counts. STEVEN CAPPUCCIO (8) arraigned on Counts 28s, 29s, 30s, 34s, 35s, 42s, 50s, 52s, 53s. Defendant entered a plea of Not Guilty as to all counts. FEDERICO GUILLERMO KLEIN (9) arraigned on Counts 9s, 17s, 19s, 27s, 31s−32s, 34s, 35s, 43s, 51s, 52s, 53s. Defendant entered a plea of Not Guilty as to all counts. Defendants PATRICK EDWARD MCCAUGHEY, III (1), TRISTAN CHANDLER STEVENS (2), DAVID LEE JUDD (3), DAVID MEHAFFIE (7) waived their arraignment. DAVID LEE JUDD'S (3) 158 Motion to Dismiss Counts Alleging Use of a Dangerous Weapon, DENIED for reasons stated on the record. ROBERT MORSS'(5) 164 Emergency Motion to Revoke Detention Order and for Pretrial Release; DENIED and affirming the detention decision of the magistrate judge. STEVEN CAPPUCCIO'S (8) 185 Motion for Bond Modification, GRANTED IN PART. Defendant STEVEN CAPPUCCIO (8) is placed on curfew from 10:00 PM to 6:00 AM. Government's response to GEOFFREY WILLIAM SILLS' (6) 188 Motion |

| | | |
|---|---|---|
| | | for Release from Custody due by 1/5/2022, Defendant's reply due by 1/12/2022. The Court directs the Clerk's Office to close criminal case 21−236, USA v. Klein. Jury Trial for Group 1 (PATRICK EDWARD MCCAUGHEY, III (1), TRISTAN CHANDLER STEVENS (2), ROBERT MORSS (5), DAVID MEHAFFIE (7)) set for 8/29/2022 at 9:00 AM in Courtroom 2− In Person before Judge Trevor N. McFadden. Jury Trial for Group 2 (DAVID LEE JUDD (3), CHRISTOPHER JOSEPH QUAGLIN (4), GEOFFREY WILLIAM SILLS (6), STEVEN CAPPUCCIO (8), FEDERICO GUILLERMO KLEIN (9)) set for 9/26/2022 at 9:00 AM in Courtroom 2− In Person before Judge Trevor N. McFadden. A further Status Conference is set for 2/4/2022 at 2:00 PM in Courtroom 2− In Person before Judge Trevor N. McFadden. The defendants who decide to accept a plea shall appear in person to the next status conference. The defendants who are rejecting the plea shall file something on the docket stating that they are rejecting the plea. Speedy Trial Excludable (XT) started 12/17/2021 through 2/4/2022, in the interest of justice. Bond Status of Defendants: (1) − appearance waived, (2) − appearance waived, (3) − appearance waived, (7) − appearance waived, (8) & (9): Personal Recognizance, (4), (5) & (6): committed/commitments issued. Defense Attorneys: (1): Lindy R. Urso, (2): Lauren Cobb, (3): Elizabeth A. Mullin, (4): Steven Metcalf standing in for Joseph D. McBride, (5) & (6): John C. Kiyonaga, (7): Ryan Marshall, (8): Marina T. Douenat and Edgar Holguin, (9): Stanley E. Woodward; US Attorneys: Jocelyn P. Bond, Melissa J. Jackson, James Pearce; Pretrial Officer: Christine Schuck; Court Reporter: Lisa Bankins. (hmc) (Entered: 12/17/2021) |
| 01/27/2022 | 208 | MOTION for Order implementing proposed pretrial scheduling order by USA as to PATRICK EDWARD MCCAUGHEY, III, TRISTAN CHANDLER STEVENS, DAVID LEE JUDD, CHRISTOPHER JOSEPH QUAGLIN, ROBERT MORSS, GEOFFREY WILLIAM SILLS, DAVID MEHAFFIE, STEVEN CAPPUCCIO, FEDERICO GUILLERMO KLEIN. (Attachments: # 1 Text of Proposed Order Proposed Pretrial Scheduling Order)(Bond, Jocelyn) (Entered: 01/27/2022) |
| 02/03/2022 | | MINUTE ORDER as to PATRICK EDWARD MCCAUGHEY, III (1), TRISTAN CHANDLER STEVENS (2), DAVID LEE JUDD (3), CHRISTOPHER JOSEPH QUAGLIN (4), ROBERT MORSS (5), GEOFFREY WILLIAM SILLS (6), DAVID MEHAFFIE (7), STEVEN CAPPUCCIO (8), FEDERICO GUILLERMO KLEIN (9). Members of the public may access the February 4, 2022 status conference by dialing the toll−free public access line: (877) 336−1831, access code 4509718. Signed by Judge Trevor N. McFadden on 2/3/2022. (hmc) (Entered: 02/03/2022) |
| 02/03/2022 | 214 | NOTICE *of Waiver of Appearance* by PATRICK EDWARD MCCAUGHEY, III (Urso, Lindy) (Entered: 02/03/2022) |
| 02/04/2022 | | Minute Entry for proceedings held before Judge Trevor N. McFadden: Status Conference as to PATRICK EDWARD MCCAUGHEY, III (1), TRISTAN CHANDLER STEVENS (2), DAVID LEE JUDD (3), CHRISTOPHER JOSEPH QUAGLIN (4), ROBERT MORSS (5), GEOFFREY WILLIAM SILLS (6), DAVID MEHAFFIE (7), STEVEN CAPPUCCIO (8), FEDERICO GUILLERMO KLEIN (9) held on 2/4/2022. Defendants PATRICK EDWARD MCCAUGHEY, III (1), TRISTAN CHANDLER STEVENS (2), DAVID MEHAFFIE (7), and STEVEN CAPPUCCIO (8) waived their appearance. GEOFFREY WILLIAM SILLS' (6) 188 Motion for Release from Custody as Corrected for Second Time, DENIED. Defendants CHRISTOPHER JOSEPH QUAGLIN (4), ROBERT MORSS (5), GEOFFREY WILLIAM SILLS (6), FEDERICO GUILLERMO KLEIN (9) rejected the government's plea offer on the record. Defendants DAVID MEHAFFIE (7) and |

| | | |
|---|---|---|
| | | STEVEN CAPPUCCIO (8) shall, within one week, file a signed notice rejecting the government's plea offer. The government's response to the pending motions to sever is held in abeyance. A further Status Conference is set for 3/4/2022 at 4:00 PM in Courtroom 2− In Person before Judge Trevor N. McFadden. Speedy Trial Excludable (XT) started 2/4/2022 through 3/4/2022, in the interest of justice. Bond Status of Defendants: (1), (2), (7) & (8) − appearance waived, (3) & (9): Personal Recognizance, (4), (5) & (6): committed/commitments issued. Defense Attorneys: (1): Lindy R. Urso, (2): Lauren Cobb, (3): Elizabeth A. Mullin, (4): John C. Kiyonaga standing in for Joseph D. McBride, (5) & (6): John C. Kiyonaga, (7): John M. Pierce, (8): Marina T. Douenat, (9): Stanley E. Woodward; US Attorneys: (1): Jocelyn P. Bond, Melissa J. Jackson, Kimberley C. Nielsen; Court Reporter: Lisa Griffith. (hmc) (Entered: 02/04/2022) |
| 02/11/2022 | 224 | Status Report of Discovery by USA as to PATRICK EDWARD MCCAUGHEY, III, TRISTAN CHANDLER STEVENS, DAVID LEE JUDD, CHRISTOPHER JOSEPH QUAGLIN, ROBERT MORSS, GEOFFREY WILLIAM SILLS, DAVID MEHAFFIE, STEVEN CAPPUCCIO, FEDERICO GUILLERMO KLEIN (Bond, Jocelyn) Modified text on 2/14/2022 (zltp). (Entered: 02/11/2022) |
| 03/03/2022 | 226 | NOTICE OF ATTORNEY APPEARANCE Kimberly Louise Paschall appearing for USA. (Paschall, Kimberly) (Entered: 03/03/2022) |
| 03/03/2022 | 232 | MOTION for Order to issue proposed pre−trial scheduling order *for severance and other Rule 12 motions* by USA as to PATRICK EDWARD MCCAUGHEY, III, TRISTAN CHANDLER STEVENS, DAVID LEE JUDD, CHRISTOPHER JOSEPH QUAGLIN, ROBERT MORSS, GEOFFREY WILLIAM SILLS, DAVID MEHAFFIE, STEVEN CAPPUCCIO, FEDERICO GUILLERMO KLEIN. (Attachments: # 1 Text of Proposed Order Proposed Pre−Trial Scheduling Order)(Bond, Jocelyn) (Entered: 03/03/2022) |
| 03/04/2022 | 233 | NOTICE *of Waiver of Appearance* by PATRICK EDWARD MCCAUGHEY, III (Urso, Lindy) (Main Document 233 replaced on 3/7/2022) (zltp). (Entered: 03/04/2022) |
| 03/04/2022 | 238 | STATUS REPORT *of Defense Counsel Discovery Status Report* by FEDERICO GUILLERMO KLEIN as to PATRICK EDWARD MCCAUGHEY, III, TRISTAN CHANDLER STEVENS, DAVID LEE JUDD, CHRISTOPHER JOSEPH QUAGLIN, ROBERT MORSS, GEOFFREY WILLIAM SILLS, DAVID MEHAFFIE, STEVEN CAPPUCCIO, FEDERICO GUILLERMO KLEIN (Woodward, Stanley) (Entered: 03/04/2022) |
| 03/04/2022 | | Minute Entry for proceedings held before Judge Trevor N. McFadden: Status Conference as to PATRICK EDWARD MCCAUGHEY, III (1), TRISTAN CHANDLER STEVENS (2), DAVID LEE JUDD (3), CHRISTOPHER JOSEPH QUAGLIN (4), ROBERT MORSS (5), GEOFFREY WILLIAM SILLS (6), DAVID MEHAFFIE (7), STEVEN CAPPUCCIO (8), FEDERICO GUILLERMO KLEIN (9) held on 3/4/2022. Government's response to Defendant STEVEN CAPPUCCIO'S (8) 236 Motion to Compel Discovery due by 3/18/2022. Oral request by Attorney Mullin to have the Court appoint CJA counsel as co−counsel for DAVID LEE JUDD (3). Attorney Mullin directed to file her request. Government's 232 Motion for Order to Issue Proposed Pre−Trial Scheduling Order for Severance and Other Rule 12 Motions, GRANTED, over the objection of DAVID MEHAFFIE (7). All other pretrial motions and notices by any party, including, but not limited to motions in limine, motions to dismiss, and expert notices shall be filed no later than 6/3/2022. |

|  |  |  |
|---|---|---|
|  |  | Responses to motions and notices related to Group 1 defendants are due by 7/1/2022. Replies related to Group 1 defendants are due by 7/15/2022. Responses to motions and notices related to Group 2 defendants are due by 7/15/2022. Replies related to Group 2 defendants are due by 7/29/2022. Government's <u>208</u> Motion for Order Implementing Proposed Pretrial Scheduling Order, DENIED AS MOOT. The government shall provide defendants with any evidence it intends to use in its case−in−chief by 4/22/2022. Defendant FEDERICO GUILLERMO KLEIN'S (9) 237 Motion to Modify Conditions of Release, GRANTED. The Court authorizes Pretrial Services to approve Defendant's visits to his family. The Court also authorizes Defendant to travel on March 10, 2022 for the purpose of obtaining mulch. A further Status Conference is set for 4/22/2022 at 1:00 PM in Courtroom 2− In Person before Judge Trevor N. McFadden. Speedy Trial Excludable (XT) started 3/4/2022 through 4/22/2022, in the interest of justice. Bond Status of Defendants: (1), (2), (7) & (8) − Personal Recognizance − appearances waived, (3) & (9): Personal Recognizance, (4), (5) & (6): committed/commitments issued. Defense Attorneys: (1): Lindy R. Urso, (2): Lauren Cobb, (3): Elizabeth A. Mullin, (4): John C. Kiyonaga standing in for Joseph D. McBride, (5) & (6): John C. Kiyonaga, (7): John M. Pierce, (8): Marina T. Douenat, (9): Stanley E. Woodward; US Attorneys: Jocelyn P. Bond, Kimberly C. Nielsen, Kimberly L. Paschall; Court Reporter: Sara Wick. (hmc) Modified on 3/7/2022 (hmc). (Entered: 03/04/2022) |
| 03/25/2022 | <u>247</u> | MOTION To Adopt and Join in Codefendant's Motion to Sever by PATRICK EDWARD MCCAUGHEY, III. (Urso, Lindy) Modified event type/relief on 3/28/2022 (zltp). (Entered: 03/25/2022) |
| 03/25/2022 |  | MINUTE ORDER granting <u>247</u> Motion to Adopt as to PATRICK EDWARD MCCAUGHEY, III (1). SO ORDERED. Signed by Judge Trevor N. McFadden on 3/25/22. (lctnm2) (Entered: 03/25/2022) |
| 04/08/2022 | <u>251</u> | TRANSCRIPT OF STATUS CONFERENCE in case as to PATRICK EDWARD MCCAUGHEY, III, TRISTAN CHANDLER STEVENS, DAVID LEE JUDD, CHRISTOPHER JOSEPH QUAGLIN, ROBERT MORSS, GEOFFREY WILLIAM SILLS, DAVID MEHAFFIE, STEVEN CAPPUCCIO, FEDERICO GUILLERMO KLEIN before Judge Trevor N. McFadden held on 03/04/2022. Page Numbers: 1−42. Date of Issuance: 04/08/2022. Court Reporter: Sara Wick, telephone number 202−354−3284. Transcripts may be ordered by submitting the <u>Transcript Order Form</u><br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 4/29/2022. Redacted Transcript Deadline set for 5/9/2022. Release of Transcript Restriction set for 7/7/2022.(Wick, Sara) (Entered: 04/08/2022) |

| | | |
|---|---|---|
| 04/12/2022 | | RESOLVED.....NOTICE of Provisional Status re 252 NOTICE OF ATTORNEY APPEARANCE: Edward John Ungvarsky appearing for DAVID LEE JUDD *Co−Counsel with AFPD E. Mullin* (Ungvarsky, Edward).<br><br>Your attorney renewal has not been received. As a result, your membership with the U.S. District & Bankruptcy Courts for the District of Columbia is not in good standing, and you are not permitted to file. Pursuant to Local Criminal Rule 57.21.1, you must immediately correct your membership status by following the appropriate instructions on this page of our website: https://www.dcd.uscourts.gov/attorney−renewal.<br><br>Please be advised that the presiding judge in this case has been notified that you are currently not in good standing to file in this court. Renewal Due by 4/19/2022. (znm) Modified on 4/14/2022 (znm). (Entered: 04/12/2022) |
| 04/16/2022 | 259 | MOTION to Dismiss Count *Thirty−Four* by PATRICK EDWARD MCCAUGHEY, III. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Urso, Lindy) (Entered: 04/16/2022) |
| 04/16/2022 | 260 | MOTION Adopt Co−Defendant's Motion to Change Venue *ECF#257* by PATRICK EDWARD MCCAUGHEY, III. (Urso, Lindy) Modified event type/relief on 4/18/2022 (zltp). (Entered: 04/16/2022) |
| 04/16/2022 | | MINUTE ORDER granting 258 , 260 Motions for Joinder as to PATRICK EDWARD MCCAUGHEY III (1) and STEVEN CAPPUCCIO (8). SO ORDERED. Signed by Judge Trevor N. McFadden on 4/16/22. (lctnm2) (Entered: 04/16/2022) |
| 04/19/2022 | 262 | MOTION to Adopt and Join Motions Filed by Co−Defendant (ECF Nos. 254, 255, 256, and 257) re 254 MOTION to Dismiss Count *Thirty−Five*, 255 MOTION to Dismiss Count *Thirty−Four*, 256 MOTION to Dismiss Count *Thirty−Eight and Forty−Six*, 257 MOTION to Change Venue by TRISTAN CHANDLER STEVENS as to PATRICK EDWARD MCCAUGHEY, III, TRISTAN CHANDLER STEVENS, DAVID LEE JUDD, CHRISTOPHER JOSEPH QUAGLIN, ROBERT MORSS, GEOFFREY WILLIAM SILLS, DAVID MEHAFFIE, STEVEN CAPPUCCIO, FEDERICO GUILLERMO KLEIN. (Cobb, Lauren) Modified event type on 5/5/2022 (zltp). (Entered: 04/19/2022) |
| 04/21/2022 | 271 | MOTION to Adopt & Join Codefendant's Motions to Dismiss, ECF 254 , 255 & 256 by PATRICK EDWARD MCCAUGHEY, III. (Urso, Lindy) Modified to include linkage on 4/25/2022 (zltp). (Entered: 04/21/2022) |
| 04/21/2022 | 274 | NOTICE *of Waiver of Appearance* by PATRICK EDWARD MCCAUGHEY, III (Urso, Lindy) (Entered: 04/21/2022) |
| 04/22/2022 | | MINUTE ORDER granting 271 Motion to Adopt and Join as PATRICK EDWARD MCCAUGHEY III (1). SO ORDERED. Signed by Judge Trevor N. McFadden on 4/22/22. (lctnm2) (Entered: 04/22/2022) |
| 04/22/2022 | | Minute Entry for proceedings held before Judge Trevor N. McFadden: Status Conference as to PATRICK EDWARD MCCAUGHEY, III (1), TRISTAN CHANDLER STEVENS (2), DAVID LEE JUDD (3), CHRISTOPHER JOSEPH QUAGLIN (4), ROBERT MORSS (5), GEOFFREY WILLIAM SILLS (6), DAVID MEHAFFIE (7), STEVEN CAPPUCCIO (8), FEDERICO GUILLERMO KLEIN (9) held on 4/22/2022. Defendant DAVID MEHAFFIE'S (7) 242 Motion to Modify Conditions of Release, GRANTED. Defendant STEVEN CAPPUCCIO'S (8) 270 |

| | | |
|---|---|---|
| | | Motion for Bond Modification, GRANTED. Pretrial Conference for Group 1 set for 7/22/2022 at 10:00 AM in Courtroom 2− In Person before Judge Trevor N. McFadden. Pretrial Conference for Group 2 set for 8/23/2022 at 10:00 AM in Courtroom 2− In Person before Judge Trevor N. McFadden. Time under the Speedy Trial Act is tolling as a matter of statute. Bond Status of Defendants: (1), (2), & (7) − Personal Recognizance − appearances waived, (3), (8) & (9): Personal Recognizance, (4) & (5): committed/commitments issued, (6) committed, appearance waived. Defense Attorneys:(1): Lindy R. Urso, (2): Lauren Cobb, (3): Elizabeth A. Mullin, (4): John C. Kiyonaga standing in for Joseph D. McBride, (5) & (6): John C. Kiyonaga, (7): Stanley E. Woodward, Jr. standing in for William L. Shipley, Jr., (8): Marina T. Douenat, (9): Stanley E. Woodward; US Attorneys: Jocelyn P. Bond, Kimberly C. Nielsen, Kimberly L. Paschall; Pretrial Officer: Christine Schuck; Court Reporter: Lisa Moreira. (hmc) (Entered: 04/22/2022) |
| 04/22/2022 | 277 | Memorandum in Opposition by USA as to PATRICK EDWARD MCCAUGHEY, III, TRISTAN CHANDLER STEVENS, DAVID LEE JUDD, CHRISTOPHER JOSEPH QUAGLIN, ROBERT MORSS, GEOFFREY WILLIAM SILLS, DAVID MEHAFFIE, STEVEN CAPPUCCIO, FEDERICO GUILLERMO KLEIN re 206 MOTION to Sever Defendant , 207 MOTION to Sever Defendant , 249 MOTION to Sever Defendant *for Trial* (Paschall, Kimberly) (Entered: 04/22/2022) |
| 05/02/2022 | 281 | TRANSCRIPT OF PROCEEDINGS in case as to PATRICK EDWARD MCCAUGHEY, III, TRISTAN CHANDLER STEVENS, DAVID LEE JUDD, CHRISTOPHER JOSEPH QUAGLIN, ROBERT MORSS, GEOFFREY WILLIAM SILLS, DAVID MEHAFFIE, STEVEN CAPPUCCIO, FEDERICO GUILLERMO KLEIN before Judge Trevor N. McFadden held on 2−4−2022; Page Numbers: 1−36. Date of Issuance:5−2−2022. Court Reporter/Transcriber Lisa Griffith, Telephone number (202) 354−3247, Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be acc essed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 5/23/2022. Redacted Transcript Deadline set for 6/2/2022. Release of Transcript Restriction set for 7/31/2022.(Griffith, Lisa) (Entered: 05/02/2022) |
| 05/03/2022 | 282 | TRANSCRIPT OF PROCEEDINGS in case as to PATRICK EDWARD MCCAUGHEY, III, TRISTAN CHANDLER STEVENS, DAVID LEE JUDD, CHRISTOPHER JOSEPH QUAGLIN, ROBERT MORSS, GEOFFREY WILLIAM SILLS, DAVID MEHAFFIE, STEVEN CAPPUCCIO, FEDERICO GUILLERMO KLEIN before Judge Trevor N. McFadden held on 2−4−2022; Page Numbers: 1−36. Date of Issuance:5−3−2022. Court Reporter/Transcriber Lisa Griffith, Telephone |

| | | |
|---|---|---|
| | | number 2023543247, Transcripts may be ordered by submitting the <u>Transcript Order Form</u><br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accesse d via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 5/24/2022. Redacted Transcript Deadline set for 6/3/2022. Release of Transcript Restriction set for 8/1/2022.(Griffith, Lisa) (Entered: 05/03/2022) |
| 05/12/2022 | 288 | MOTION for Extension of Time to File Response/Reply as to 259 MOTION to Dismiss Count *Thirty−Four* by USA as to PATRICK EDWARD MCCAUGHEY, III, TRISTAN CHANDLER STEVENS, DAVID LEE JUDD, CHRISTOPHER JOSEPH QUAGLIN, ROBERT MORSS, GEOFFREY WILLIAM SILLS, DAVID MEHAFFIE, STEVEN CAPPUCCIO, FEDERICO GUILLERMO KLEIN. (Attachments: # 1 Text of Proposed Order Order Granting Motion)(Bond, Jocelyn) (Entered: 05/12/2022) |
| 05/13/2022 | 289 | TRANSCRIPT OF STATUS CONFERENCE in case as to PATRICK EDWARD MCCAUGHEY, III, TRISTAN CHANDLER STEVENS, DAVID LEE JUDD, CHRISTOPHER JOSEPH QUAGLIN, ROBERT MORSS, GEOFFREY WILLIAM SILLS, DAVID MEHAFFIE, STEVEN CAPPUCCIO, FEDERICO GUILLERMO KLEIN before Judge Trevor N. McFadden held on April 22, 2022; Page Numbers: 1−38. Date of Issuance:May 13, 2022. Court Reporter/Transcriber Lisa A. Moreira, RDR, CRR, Telephone number (202) 354−3187, Transcripts may be ordered by submitting the <u>Transcript Order Form</u><br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 day s, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 6/3/2022. Redacted Transcript Deadline set for 6/13/2022. Release of Transcript Restriction set for 8/11/2022.(Moreira, Lisa) (Entered: |

| | | |
|---|---|---|
| | | 05/13/2022) |
| 05/13/2022 | | MINUTE ORDER granting <u>288</u> Motion for Extension of Time to File Response/Reply as to PATRICK EDWARD MCCAUGHEY III (1), TRISTAN CHANDLER STEVENS (2), DAVID LEE JUDD (3), CHRISTOPHER JOSEPH QUAGLIN (4), ROBERT MORSS (5), GEOFFREY WILLIAM SILLS (6), DAVID MEHAFFIE (7), STEVEN CAPPUCCIO (8), FEDERICO GUILLERMO KLEIN (9). The Government's response to Defendant McCaughey's <u>259</u> Motion to Dismiss is due by May 27, 2022. The Court expects that the Government will file an omnibus response to all pending motions to dismiss obstruction counts. McCaughey's reply is due by June 10, 2022. This ruling applies only to Defendant McCaughey's <u>259</u> Motion. All other dates in the previous scheduling order, *see* Minute Entry, Mar. 4, 2022, remain the same. SO ORDERED. Signed by Judge Trevor N. McFadden on 5/13/22. (lctnm2) (Entered: 05/13/2022) |
| 05/27/2022 | <u>292</u> | Memorandum in Opposition by USA as to PATRICK EDWARD MCCAUGHEY, III, TRISTAN CHANDLER STEVENS, DAVID LEE JUDD, CHRISTOPHER JOSEPH QUAGLIN, ROBERT MORSS, GEOFFREY WILLIAM SILLS, DAVID MEHAFFIE, STEVEN CAPPUCCIO, FEDERICO GUILLERMO KLEIN re 278 MOTION for Joinder, 258 MOTION for Joinder *and to adopt Motion for Change of Venue*, 269 MOTION for Joinder , 257 MOTION to Change Venue , <u>262</u> MOTION for Joinder, <u>260</u> MOTION for Joinder, 279 MOTION for Joinder (Paschall, Kimberly) (Entered: 05/27/2022) |
| 05/27/2022 | <u>293</u> | MOTION for Leave to File Excess Pages by USA as to PATRICK EDWARD MCCAUGHEY, III, TRISTAN CHANDLER STEVENS, DAVID LEE JUDD, CHRISTOPHER JOSEPH QUAGLIN, ROBERT MORSS, GEOFFREY WILLIAM SILLS, DAVID MEHAFFIE, STEVEN CAPPUCCIO, FEDERICO GUILLERMO KLEIN. (Paschall, Kimberly) (Entered: 05/27/2022) |
| 05/27/2022 | | MINUTE ORDER granting in part the Governments <u>293</u> Motion to File Excess Pages as to PATRICK EDWARD MCCAUGHEY III (1), TRISTAN CHANDLER STEVENS (2), DAVID LEE JUDD (3), CHRISTOPHER JOSEPH QUAGLIN (4), ROBERT MORSS (5), GEOFFREY WILLIAM SILLS (6), DAVID MEHAFFIE (7), STEVEN CAPPUCCIO (8), FEDERICO GUILLERMO KLEIN (9). The Court has permitted the Government to file an omnibus response to all pending motions to dismiss *obstruction counts*. Min. Order, May 13, 2022 (emphasis added). As to that response, the Government may file excess pages. But for its responses to Plaintiffs' motions to dismiss other charges not under 18 USC 1512, the Government shall respond singly to each motion and do so within the prescribed page limits. SO ORDERED. Signed by Judge Trevor N. McFadden on 5/27/22. (lctnm2) (lccr) (Entered: 05/27/2022) |
| 05/27/2022 | <u>294</u> | Memorandum in Opposition by USA as to PATRICK EDWARD MCCAUGHEY, III, TRISTAN CHANDLER STEVENS, DAVID LEE JUDD, CHRISTOPHER JOSEPH QUAGLIN, ROBERT MORSS, GEOFFREY WILLIAM SILLS, DAVID MEHAFFIE, STEVEN CAPPUCCIO, FEDERICO GUILLERMO KLEIN re 254 MOTION to Dismiss Count *Thirty−Five*, <u>262</u> MOTION for Joinder, <u>271</u> MOTION for Joinder, 268 MOTION for Joinder (Paschall, Kimberly) (Entered: 05/27/2022) |
| 05/27/2022 | <u>295</u> | RESPONSE by USA as to PATRICK EDWARD MCCAUGHEY, III, TRISTAN CHANDLER STEVENS, DAVID LEE JUDD, CHRISTOPHER JOSEPH QUAGLIN, ROBERT MORSS, GEOFFREY WILLIAM SILLS, DAVID MEHAFFIE, STEVEN CAPPUCCIO, FEDERICO GUILLERMO KLEIN re 256 |

| | | |
|---|---|---|
| | | MOTION to Dismiss Count *Thirty−Eight and Forty−Six*, <u>271</u> MOTION for Joinder, <u>262</u> MOTION for Joinder, 268 MOTION for Joinder *Opposition to Motion to Dismiss Counts* (Attachments: # <u>1</u> Exhibit)(Bond, Jocelyn) (Entered: 05/27/2022) |
| 05/27/2022 | <u>296</u> | Memorandum in Opposition by USA as to PATRICK EDWARD MCCAUGHEY, III, TRISTAN CHANDLER STEVENS, DAVID LEE JUDD, CHRISTOPHER JOSEPH QUAGLIN, ROBERT MORSS, GEOFFREY WILLIAM SILLS, DAVID MEHAFFIE, STEVEN CAPPUCCIO, FEDERICO GUILLERMO KLEIN re 278 MOTION for Joinder, <u>259</u> MOTION to Dismiss Count *Thirty−Four*, 255 MOTION to Dismiss Count *Thirty−Four*, 269 MOTION for Joinder, <u>271</u> MOTION for Joinder, <u>262</u> MOTION for Joinder, 253 MOTION to Dismiss Count *Thirty−Four*, 279 MOTION for Joinder (Attachments: # <u>1</u> Exhibit Hale−Cusanelli Pretrial Ruling Transcript)(Paschall, Kimberly) (Entered: 05/27/2022) |
| 05/31/2022 | <u>300</u> | NOTICE OF WITHDRAWAL OF APPEARANCE *of AUSA Melissa Jackson* by USA as to PATRICK EDWARD MCCAUGHEY, III, TRISTAN CHANDLER STEVENS, DAVID LEE JUDD, CHRISTOPHER JOSEPH QUAGLIN, ROBERT MORSS, GEOFFREY WILLIAM SILLS, DAVID MEHAFFIE, STEVEN CAPPUCCIO, FEDERICO GUILLERMO KLEIN (Jackson, Melissa) (Entered: 05/31/2022) |
| 06/01/2022 | | MINUTE ORDER granting 301 Motion to Adopt and Join Reply as to GEOFFREY WILLIAM SILLS (6). SO ORDERED. Signed by Judge Trevor N. McFadden on 6/1/22. (lctnm2) (Entered: 06/01/2022) |
| 06/02/2022 | <u>302</u> | NOTICE OF ATTORNEY APPEARANCE Ashley Akers appearing for USA. (Akers, Ashley) (Entered: 06/02/2022) |
| 06/03/2022 | <u>313</u> | MOTION in Limine *to Limit Cross−Examination of Secret Service Agency Witnesses* by USA as to PATRICK EDWARD MCCAUGHEY, III, TRISTAN CHANDLER STEVENS, DAVID LEE JUDD, CHRISTOPHER JOSEPH QUAGLIN, ROBERT MORSS, GEOFFREY WILLIAM SILLS, DAVID MEHAFFIE, STEVEN CAPPUCCIO, FEDERICO GUILLERMO KLEIN. (Akers, Ashley) (Entered: 06/03/2022) |
| 06/03/2022 | <u>314</u> | MOTION in Limine *Regarding Evidence About the Specific Locations of U.S. Capitol Police Surveillance Cameras* by USA as to PATRICK EDWARD MCCAUGHEY, III, TRISTAN CHANDLER STEVENS, DAVID LEE JUDD, CHRISTOPHER JOSEPH QUAGLIN, ROBERT MORSS, GEOFFREY WILLIAM SILLS, DAVID MEHAFFIE, STEVEN CAPPUCCIO, FEDERICO GUILLERMO KLEIN. (Akers, Ashley) (Entered: 06/03/2022) |
| 06/03/2022 | <u>319</u> | *Motion to Adopt and Join Co−Defendants' Motions* by PATRICK EDWARD MCCAUGHEY, III. (Urso, Lindy) Modified event on 6/6/2022 (zstd). (Entered: 06/03/2022) |
| 06/03/2022 | <u>320</u> | MOTION in Limine *to Preclude Claim of Self Defense* by USA as to PATRICK EDWARD MCCAUGHEY, III. (Paschall, Kimberly) (Entered: 06/03/2022) |
| 06/03/2022 | 337 | MOTION to Adopt by PATRICK EDWARD MCCAUGHEY, III. (See docket entry <u>319</u> to view document.) (zstd) (Entered: 06/06/2022) |
| 06/07/2022 | | MINUTE ORDER granting <u>319</u> Motion for Leave to File and 337 Motion to Adopt as to PATRICK EDWARD MCCAUGHEY, III (1). SO ORDERED. Signed by Judge Trevor N. McFadden on 6/7/22. (lctnm2) (Entered: 06/07/2022) |

| 06/10/2022 | 348 | MOTION Adopt Co−defendant Judd's Reply To Opposition to Change of Venue re 292 Memorandum in Opposition,, *ECF# 346* by PATRICK EDWARD MCCAUGHEY, III. (Urso, Lindy) Modified event type on 6/14/2022 (zltp). (Entered: 06/10/2022) |
|---|---|---|
| 06/10/2022 | 349 | NOTICE *of No Reply submissions* by PATRICK EDWARD MCCAUGHEY, III re 294 Memorandum in Opposition, 295 Response to motion, 296 Memorandum in Opposition,, (Urso, Lindy) (Entered: 06/10/2022) |
| 06/16/2022 | | MINUTE ORDER granting 348 Motion to Adopt Reply as to PATRICK EDWARD McCAUGHEY, III (1). SO ORDERED. Signed by Judge Trevor N. McFadden on 6/16/22. (lctnm2) (Entered: 06/16/2022) |
| 06/27/2022 | 355 | MOTION to Compel *Discovery* by ROBERT MORSS. (Kiyonaga, John) (Entered: 06/27/2022) |
| 06/28/2022 | 358 | MOTION for Joinder *and to Supplement, ECF. No. 355, Motion to Compel Communications with and Transcripts produced for House Select Committee Hearings on January 6* by DAVID LEE JUDD. (Attachments: # 1 Text of Proposed Order)(Mullin, Elizabeth) (Entered: 06/28/2022) |
| 06/28/2022 | 359 | MOTION for Joinder by STEVEN CAPPUCCIO as to PATRICK EDWARD MCCAUGHEY, III, TRISTAN CHANDLER STEVENS, DAVID LEE JUDD, CHRISTOPHER JOSEPH QUAGLIN, ROBERT MORSS, GEOFFREY WILLIAM SILLS, DAVID MEHAFFIE, STEVEN CAPPUCCIO, FEDERICO GUILLERMO KLEIN. (Attachments: # 1 Exhibit Order)(Douenat, Marina) (Entered: 06/28/2022) |
| 07/01/2022 | 360 | MOTION to Continue *Trial* by PATRICK EDWARD MCCAUGHEY, III, TRISTAN CHANDLER STEVENS, DAVID MEHAFFIE, STEVEN CAPPUCCIO, FEDERICO GUILLERMO KLEIN. (Attachments: # 1 Certificate of Service)(Shipley, William) (Entered: 07/01/2022) |
| 07/01/2022 | | MINUTE ORDER as to DAVID JUDD (3) and STEVEN CAPPUCCIO (8). The Court grants Judd's 358 Motion. He may join the 355 Motion to Compel communications between DOJ and the House Select Committee. Judd also moves to compel the transcripts of the depositions taken by the Select Committee. As to that request, the Court grants Cappuccio's 359 Motion to join it. SO ORDERED. Signed by Judge Trevor N. McFadden on 7/1/22. (lctnm2) (Entered: 07/01/2022) |
| 07/01/2022 | 367 | Memorandum in Opposition by USA as to PATRICK EDWARD MCCAUGHEY, III, TRISTAN CHANDLER STEVENS, DAVID LEE JUDD, CHRISTOPHER JOSEPH QUAGLIN, ROBERT MORSS, GEOFFREY WILLIAM SILLS, DAVID MEHAFFIE, STEVEN CAPPUCCIO, FEDERICO GUILLERMO KLEIN re 329 MOTION in Limine *AUTHENTICATION OF STILL IMAGES* (Akers, Ashley) (Entered: 07/01/2022) |
| 07/01/2022 | | MINUTE ORDER granting 364 Motion to Adopt and Join as to TRISTAN CHANDLER STEVENS (2). SO ORDERED. Signed by Judge Trevor N. McFadden on 7/1/22. (lctnm2) (Entered: 07/01/2022) |
| 07/08/2022 | | MINUTE ORDER as to PATRICK EDWARD MCCAUGHEY, III (1), TRISTAN CHANDLER STEVENS (2), ROBERT MORSS (5), and DAVID MEHAFFIE (7). All Group One defendants have joined certain motions filed by Group Two defendants. Per the Court's scheduling order, the Government will respond to those motions by July 15, 2022. *See* Min. Entry, Mar. 4, 2022. Group One defendants who |

| | | |
|---|---|---|
| | | wish to file a reply to the Government's opposition to those motions must do so by noon on July 20, 2022. SO ORDERED. Signed by Judge Trevor N. McFadden on 7/8/22. (lctnm2) (Entered: 07/08/2022) |
| 07/12/2022 | | MINUTE ORDER as to PATRICK EDWARD McCAUGHEY, III (1), TRISTAN CHANDLER STEVENS (2), ROBERT MORSS (5), and DAVID MEHAFFIE (7). The Court directs the Group One parties to file joint proposed voir dire questions by July 20, 2022. If the parties cannot agree, they shall submit their respective positions as to a particular question. SO ORDERED. Signed by Judge Trevor N. McFadden on 7/12/22. (lctnm2) (Entered: 07/12/2022) |
| 07/12/2022 | | MINUTE ORDER as to PATRICK EDWARD McCAUGHEY, III (1), TRISTAN CHANDLER STEVENS (2), and DAVID MEHAFFIE (7). The Government's response to the 360 Motion to Continue is due on July 15, 2022. As with other responses filed by the Government on that date, *see* Min. Order July 8, 2022, Group One defendants shall file any reply in support of the 360 Motion to Continue by noon on July 20, 2022. SO ORDERED. Signed by Judge Trevor N. McFadden on 7/12/22. (lctnm2) (Entered: 07/12/2022) |
| 07/15/2022 | 374 | Memorandum in Opposition by USA as to PATRICK EDWARD MCCAUGHEY, III, TRISTAN CHANDLER STEVENS, DAVID LEE JUDD, CHRISTOPHER JOSEPH QUAGLIN, ROBERT MORSS, GEOFFREY WILLIAM SILLS, DAVID MEHAFFIE, STEVEN CAPPUCCIO, FEDERICO GUILLERMO KLEIN re 358 MOTION for Joinder *and to Supplement, ECF. No. 355, Motion to Compel Communications with and Transcripts produced for House Select Committee Hearings on January 6*, 368 MOTION for Joinder *and Supplement Motion to Continue Trial*, 355 MOTION to Compel *Discovery*, 359 MOTION for Joinder , 360 MOTION to Continue *Trial*, 356 MOTION for Leave to Join, 364 MOTION for Leave to Join (Paschall, Kimberly) (Entered: 07/15/2022) |
| 07/20/2022 | 388 | ORDER denying pending motions to dismiss as to PATRICK EDWARD MCCAUGHEY, III (1), TRISTAN CHANDLER STEVENS (2), ROBERT MORSS (5), DAVID MEHAFFIE (7). See attached Order for details. Signed by Judge Trevor N. McFadden on 7/20/22. (lctnm2) (Entered: 07/20/2022) |
| 07/20/2022 | 389 | ORDER re various pending motions as to PATRICK EDWARD McCAUGHEY, III (1), TRISTAN CHANDLER STEVENS (2), ROBERT MORSS (5), DAVID MEHAFFIE (7). See attached Order for details. Signed by Judge Trevor N. McFadden on 7/20/22. (lctnm2) (Entered: 07/20/2022) |
| 07/20/2022 | 393 | Proposed Voir Dire by USA as to PATRICK EDWARD MCCAUGHEY, III, TRISTAN CHANDLER STEVENS, ROBERT MORSS, DAVID MEHAFFIE (Paschall, Kimberly) (Entered: 07/20/2022) |
| 07/21/2022 | 394 | MOTION Adopt Motions to Compel (No.s 355 and 358) re 355 MOTION to Compel *Discovery*, 358 MOTION for Joinder *and to Supplement, ECF. No. 355, Motion to Compel Communications with and Transcripts produced for House Select Committee Hearings on January 6* by PATRICK EDWARD MCCAUGHEY, III. (Urso, Lindy) Modified event type on 7/21/2022 (zltp). (Entered: 07/21/2022) |
| 07/21/2022 | | MINUTE ORDER granting 394 Motion to Adopt as to PATRICK EDWARD McCAUGHEY, III (1). The Court treats Defendant has having joined the 355 , 358 Motions to Compel. SO ORDERED. Signed by Judge Trevor N. McFadden on 7/21/22. (lctnm2) (Entered: 07/21/2022) |

| 07/22/2022 | | Minute Entry for Pretrial Conference as to PATRICK EDWARD MCCAUGHEY, III (1), TRISTAN CHANDLER STEVENS (2), ROBERT MORSS (5), DAVID MEHAFFIE (7) held on 7/22/2022. before Judge Trevor N. McFadden. denying 355 Motion to Compel as to PATRICK EDWARD MCCAUGHEY III (1), ROBERT MORSS (5); denying 360 Motion to Continue as to PATRICK EDWARD MCCAUGHEY III (1), TRISTAN CHANDLER STEVENS (2), DAVID MEHAFFIE (7); granting in part and denying in part 331 Motion in Limine as to DAVID MEHAFFIE (7); Bond Status of Defendant: 1,2,7 − Personal Recognizance; 5 − Remains Committed; Court Reporter: Tammy Nestor Defense Attorney: 1−Lindy Urso; 2−Lauren Cobb; 5−John Kiyonaga; 7−William Shipley, Jr; US Attorney: Kimberly Paschall, Ashley Akers. (zjch, ) (Entered: 07/22/2022) |
| 07/27/2022 | | NOTICE OF HEARING as to PATRICK EDWARD MCCAUGHEY, III, TRISTAN CHANDLER STEVENS, DAVID LEE JUDD, CHRISTOPHER JOSEPH QUAGLIN, ROBERT MORSS, GEOFFREY WILLIAM SILLS, DAVID MEHAFFIE, STEVEN CAPPUCCIO, FEDERICO GUILLERMO KLEIN. The parties shall take notice that a Status Conference to discuss any Motions to Continue the Group II trial is scheduled for 8/3/2022, at 10:00 AM via videoconference before Judge Trevor N. McFadden. (ztg) Modified to correct typo on 7/27/2022 (ztg). (Entered: 07/27/2022) |
| 07/28/2022 | | **ENTERED IN ERROR.....** MINUTE ORDER granting 396 Sealed Motion for Leave to File Under Seal as to CHRISTOPHER JOSEPH QUAGLIN. The Clerk's Office shall place ECF No. 396−1 on the case docket as Defendant's Motion to Continue and shall place ECF No. 396−2 under seal on the docket as Exhibit A to that Motion. SO ORDERED. Signed by Judge Trevor N. McFadden on 7/28/22. (lctnm3) Modified to mark order as error on 7/29/2022 (zkh). (Entered: 07/28/2022) |
| 08/05/2022 | | NOTICE OF RESCHEDULED HEARING as to CHRISTOPHER JOSEPH QUAGLIN (4). The VTC Status Conference previously set for 8/3/2022, is RESCHEDULED to 8/8/2022 at 3:00 PM before Judge Trevor N. McFadden. The parties shall take notice that only Mr. Quaglin, Attorney McBride and government counsel are requested to be present. (hmc) (Entered: 08/05/2022) |
| 08/15/2022 | 413 | NOTICE *of Waiver of Jury Trial* by USA as to PATRICK EDWARD MCCAUGHEY, III, TRISTAN CHANDLER STEVENS, ROBERT MORSS, DAVID MEHAFFIE (Attachments: # 1 Exhibit Signed Waivers of Jury Trial)(Paschall, Kimberly) (Entered: 08/15/2022) |
| 08/16/2022 | 416 | Unopposed MOTION for Joinder by STEVEN CAPPUCCIO as to PATRICK EDWARD MCCAUGHEY, III, TRISTAN CHANDLER STEVENS, DAVID LEE JUDD, CHRISTOPHER JOSEPH QUAGLIN, ROBERT MORSS, GEOFFREY WILLIAM SILLS, DAVID MEHAFFIE, STEVEN CAPPUCCIO, FEDERICO GUILLERMO KLEIN. (Attachments: # 1 Exhibit Order)(Douenat, Marina) (Entered: 08/16/2022) |
| 08/16/2022 | | MINUTE ORDER as to PATRICK EDWARD MCCAUGHEY, III (1), TRISTAN CHANDLER STEVENS (2), ROBERT MORSS (5), and DAVID MEHAFFIE (7). In light of the 413 Notice of Waiver of Jury Trial, the Court hereby RESCHEDULES the Group One trial to begin at 9:30 a.m. on August 29, 2022 in Courtroom 2 before Judge Trevor N. McFadden. SO ORDERED. Signed by Judge Trevor N. McFadden on 8/16/22. (lctnm2) (Entered: 08/16/2022) |
| 08/16/2022 | | |

| | | |
|---|---|---|
| | | Set/Reset Hearings as to PATRICK EDWARD MCCAUGHEY, III (1), TRISTAN CHANDLER STEVENS (2), ROBERT MORSS (5), DAVID MEHAFFIE (7): Bench Trial set for 8/29/2022 at 9:30 AM in Courtroom 2− In Person before Judge Trevor N. McFadden. (hmc) (Entered: 08/16/2022) |
| 08/19/2022 | 417 | MOTION for Extension of Time to File *Group 2 Jury Instructions & Voir Dire* by USA as to PATRICK EDWARD MCCAUGHEY, III, TRISTAN CHANDLER STEVENS, DAVID LEE JUDD, CHRISTOPHER JOSEPH QUAGLIN, ROBERT MORSS, GEOFFREY WILLIAM SILLS, DAVID MEHAFFIE, STEVEN CAPPUCCIO, FEDERICO GUILLERMO KLEIN. (Bond, Jocelyn) (Entered: 08/19/2022) |
| 08/22/2022 | 422 | TRIAL BRIEF by USA as to PATRICK EDWARD MCCAUGHEY, III, TRISTAN CHANDLER STEVENS, DAVID MEHAFFIE (Paschall, Kimberly) (Entered: 08/22/2022) |
| 08/24/2022 | 437 | TRIAL BRIEF by PATRICK EDWARD MCCAUGHEY, III (Urso, Lindy) (Entered: 08/24/2022) |
| 08/27/2022 | 447 | EXHIBIT LIST by PATRICK EDWARD MCCAUGHEY, III (Urso, Lindy) (Entered: 08/27/2022) |
| 08/28/2022 | 449 | WITNESS LIST by USA as to PATRICK EDWARD MCCAUGHEY, III, TRISTAN CHANDLER STEVENS, DAVID MEHAFFIE (Paschall, Kimberly) (Entered: 08/28/2022) |
| 08/29/2022 | | Minute Entry for proceedings held before Judge Trevor N. McFadden: Bench Trial as to PATRICK EDWARD MCCAUGHEY III (1), TRISTAN CHANDLER STEVENS (2) and DAVID MEHAFFIE (7) began and held on 8/29/2022. Bench Trial continued to 8/30/2022 at 9:30 AM in Courtroom 2 before Judge Trevor N. McFadden. Defendants waived their right to a trial by jury. Defendant Mehaffie's motion to modify his conditions of release to visit the U.S. Capitol with his attorney, heard and granted. Bond Status of Defendants: Personal Recognizance. Defense Attorneys: (1): Lindy Urso, (2): Lauren Cobb, (7): William Shipley, Jr., Jose M. Lopez; US Attorneys: Kimberly L. Paschall, Jocelyn P. Bond, Ashley Akers; Court Reporter: Lisa Edwards. Government Witnesses: Captain Ronald Ortega, Nikhil Paranjape, Sergeant Jason Mastony. (Entered: 08/29/2022) |
| 08/29/2022 | 451 | WAIVER of Trial by Jury as to PATRICK EDWARD MCCAUGHEY, III (1). Approved by Judge Trevor N. McFadden on 8/29/2022. (hmc) (Entered: 08/30/2022) |
| 08/30/2022 | | Minute Entry for proceedings held before Judge Trevor N. McFadden: Bench Trial as to PATRICK EDWARD MCCAUGHEY III (1), TRISTAN CHANDLER STEVENS (2) and DAVID MEHAFFIE (7) resumed and held on 8/30/2022. Bench Trial continued to 8/31/2022 at 9:30 AM in Courtroom 2 before Judge Trevor N. McFadden. Bond Status of Defendants: Personal Recognizance. Defense Attorneys: (1): Lindy Urso, (2): Lauren Cobb, (7): William Shipley, Jr., Jose M. Lopez; US Attorneys: Kimberly L. Paschall, Jocelyn P. Bond, Ashley Akers; Court Reporter: Lisa Edwards. Government Witnesses: Officer Damian Chapman, Lieutenant George Donigian, Officer Chad Curtice, Officer Abdulkadir Abdi, Sergeant William Bogner, Officer Daniel Hodges. (hmc) (Entered: 08/30/2022) |
| 08/31/2022 | 454 | EXHIBIT LIST by PATRICK EDWARD MCCAUGHEY, III (Urso, Lindy) (Entered: 08/31/2022) |

| | | |
|---|---|---|
| 08/31/2022 | | Minute Entry for proceedings held before Judge Trevor N. McFadden: Bench Trial as to PATRICK EDWARD MCCAUGHEY III (1), TRISTAN CHANDLER STEVENS (2) and DAVID MEHAFFIE (7) resumed and held on 8/31/2022. Bench Trial continued to 9/1/2022 at 9:30 AM in Courtroom 2 before Judge Trevor N. McFadden. Bond Status of Defendants: Personal Recognizance. Defense Attorneys: (1): Lindy Urso, (2): Lauren Cobb, (7): William Shipley, Jr., Jose M. Lopez; US Attorneys: Kimberly L. Paschall, Jocelyn P. Bond, Ashley Akers; Court Reporter: Lisa Edwards. Defendant Mehaffie's Witness: Dr. Calvin John. Government Witnesses: Sergeant Aquilino Gonell, Officer Henry Foulds, Deputy U.S. Marshall Gregory Conner, Special Agent Steven Weatherhead (testimony began and continued). (hmc) Modified on 9/6/2022 (hmc). (Entered: 08/31/2022) |
| 09/01/2022 | <u>456</u> | Proposed Jury Instructions by PATRICK EDWARD MCCAUGHEY, III (Urso, Lindy) (Entered: 09/01/2022) |
| 09/01/2022 | | Minute Entry for proceedings held before Judge Trevor N. McFadden: Bench Trial as to PATRICK EDWARD MCCAUGHEY III (1), TRISTAN CHANDLER STEVENS (2) and DAVID MEHAFFIE (7) resumed and held on 9/1/2022. Bench Trial continued to 9/6/2022 at 9:30 AM in Courtroom 2 before Judge Trevor N. McFadden. Defendant McCaughey's oral motion for judgment of acquittal, heard and denied. Defendant Stevens' oral motion for judgment of acquittal, heard and denied. Defendant Mehaffie's oral motion for judgment of acquittal, heard and denied. Any filings in relation to the elements of the offenses are due by 5:00 PM on 9/2/2022. Bond Status of Defendants: Personal Recognizance. Defense Attorneys: (1): Lindy Urso, (2): Lauren Cobb, (7): William Shipley, Jr., Jose M. Lopez; US Attorneys: Kimberly L. Paschall, Jocelyn P. Bond, Ashley Akers; Court Reporter: Lisa Edwards. Government Witnesses: Special Agent Steven Weatherhead (resumed and concluded), Special Agent Kyle Metz. Defendant McCaughey's Witness: Patrick McCaughey. (Entered: 09/01/2022) |
| 09/02/2022 | <u>457</u> | Proposed Jury Instructions by USA as to PATRICK EDWARD MCCAUGHEY, III, TRISTAN CHANDLER STEVENS (Attachments: # <u>1</u> Exhibit Deadly or Dangerous Weapon Instruction)(Paschall, Kimberly) (Entered: 09/02/2022) |
| 09/06/2022 | | Minute Entry for proceedings held before Judge Trevor N. McFadden: Bench Trial as to PATRICK EDWARD MCCAUGHEY III (1), TRISTAN CHANDLER STEVENS (2) and DAVID MEHAFFIE (7) resumed and held on 9/6/2022. Bench Trial continued to 9/7/2022 at 9:30 AM in Courtroom 2 before Judge Trevor N. McFadden. Defendant Mehaffie's 459 Motion for Order of Judicial Notice, GRANTED. Defendant Mehaffie's 458 Motion for Order To Admit Hearsay Evidence, GRANTED over the government's objection. Bond Status of Defendants: Personal Recognizance. Defense Attorneys: (1): Lindy Urso, (2): Lauren Cobb, (7): William Shipley, Jr., Jose M. Lopez; US Attorneys: Kimberly L. Paschall, Jocelyn P. Bond, Ashley Akers; Court Reporter: Lisa Edwards. Defendant Mehaffie's Witnesses: Kim Mehaffie, David Mehaffie. (hmc) (Entered: 09/06/2022) |
| 09/07/2022 | | Minute Entry for proceedings held before Judge Trevor N. McFadden: Bench Trial as to PATRICK EDWARD MCCAUGHEY III (1), TRISTAN CHANDLER STEVENS (2) and DAVID MEHAFFIE (7) resumed and held on 9/7/2022. Briefs, if any, due by end of day 9/8/2022. Replies due by end of day 9/10/2022. Oral ruling set for 9/13/2022 at 3:00 PM in Courtroom 2 before Judge Trevor N. McFadden. Bond Status of Defendants: Personal Recognizance. Defense Attorneys: (1): Lindy Urso, (2): Lauren Cobb, (7): William Shipley, Jr., Jose M. Lopez; US Attorneys: Kimberly |

| | | |
|---|---|---|
| | | L. Paschall, Jocelyn P. Bond, Ashley Akers; Court Reporter: Lisa Edwards. (hmc) (Entered: 09/07/2022) |
| 09/07/2022 | 465 | EXHIBIT LIST by USA as to PATRICK EDWARD MCCAUGHEY, III (1), TRISTAN CHANDLER STEVENS (2), DAVID MEHAFFIE (7). (hmc) Modified on 9/7/2022 (hmc). (Entered: 09/07/2022) |
| 09/07/2022 | 466 | EXHIBIT LIST by PATRICK EDWARD MCCAUGHEY, III (1). (hmc) (Entered: 09/07/2022) |
| 09/07/2022 | 468 | ATTORNEYS' ACKNOWLEDGMENT OF TRIAL EXHIBITS as to PATRICK EDWARD MCCAUGHEY, III (1), TRISTAN CHANDLER STEVENS (2), DAVID MEHAFFIE (7). (hmc) (Entered: 09/07/2022) |
| 09/09/2022 | 470 | MOTION to Permit *Adoption of Codefendant Motion, ECF #469* by PATRICK EDWARD MCCAUGHEY, III. (Urso, Lindy) (Entered: 09/09/2022) |
| 09/09/2022 | | MINUTE ORDER granting Defendant's 470 Motion to Permit as to PATRICK EDWARD MCCAUGHEY, III (1). The Court will treat him as having joined the 469 Memorandum filed by Mr. Stevens. SO ORDERED. Signed by Judge Trevor N. McFadden on 9/9/22. (lctnm2) (Entered: 09/09/2022) |
| 09/10/2022 | 471 | RESPONSE by USA as to PATRICK EDWARD MCCAUGHEY, III, TRISTAN CHANDLER STEVENS, DAVID LEE JUDD, CHRISTOPHER JOSEPH QUAGLIN, ROBERT MORSS, GEOFFREY WILLIAM SILLS, DAVID MEHAFFIE, STEVEN CAPPUCCIO, FEDERICO GUILLERMO KLEIN re: *469 Defendant Stevens Memorandum of Law on 18 USC 111(a)* (Bond, Jocelyn) Modified text to include linkage on 9/26/2022 (zltp). (Entered: 09/10/2022) |
| 09/13/2022 | 474 | ORDER as to PATRICK EDWARD MCCAUGHEY, III (1). To aid in sentencing, the government is hereby ORDERED to file a table comparing the sentences requested and the sentences imposed for certain crimes charged in this case. See attached Order for details. Signed by Judge Trevor N. McFadden on 9/13/2022. (lctnm3) (Entered: 09/13/2022) |
| 09/13/2022 | | Minute Entry for proceedings held before Judge Trevor N. McFadden: Oral Ruling as to PATRICK EDWARD MCCAUGHEY III (1), TRISTAN CHANDLER STEVENS (2) and DAVID MEHAFFIE (7) held on 9/13/2022. Verdict of GUILTY rendered by the Court as to PATRICK EDWARD MCCAUGHEY III (1) on Counts 14sssss, 24sssss, 34sssss, 35sssss, 37sssss, 45sssss, 52sssss, 53sssss. Verdict of GUILTY rendered by the Court as to PATRICK EDWARD MCCAUGHEY III (1) on Counts 25sssss under Section 111(a)(1) but NOT GUILTY of the 111(b) enhancement. Verdict of GUILTY rendered by the Court as to TRISTAN CHANDLER STEVENS (2) on Counts 14ssss, 16ssss, 33ssss, 35ssss, 52ssss, 53ssss. Verdict of GUILTY rendered by the Court as to TRISTAN CHANDLER STEVENS (2) on Count 21ssss under Section 111(a)(1) but NOT GUILTY of the 111(b) enhancement. Verdict of NOT GUILTY rendered by the Court as to TRISTAN CHANDLER STEVENS (2) on Count 34ssss. Verdict of GUILTY rendered by the Court as to TRISTAN CHANDLER STEVENS (2) on Count 36ssss of disruptive conduct under 18 U.S.C. § 1752(a)(2), but NOT GUILTY of the dangerous weapon enhancement found in § 1752(b)(1)(A). Verdict of GUILTY rendered by the Court as to TRISTAN CHANDLER STEVENS (2) on Count 44ssss under 18 U.S.C. § 1752(a)(4), but NOT GUILTY of the dangerous weapon enhancement found in § 1752(b)(1)(A). Verdict of GUILTY rendered by the Court as to DAVID MEHAFFIE (7) on Counts 12s, 35s, 52s, 53s. Verdict of NOT GUILTY rendered by the Court as to DAVID MEHAFFIE |

| | | |
|---|---|---|
| | | (7) on Count 34s. REFERRAL TO PROBATION OFFICE for Presentence Investigation as to PATRICK EDWARD MCCAUGHEY, III (1), TRISTAN CHANDLER STEVENS (2), DAVID MEHAFFIE (7). Sentencing Memoranda as to PATRICK EDWARD MCCAUGHEY III (1) due by 1/19/2023; Sentencing set for 1/26/2023 at 10:00 AM in Courtroom 2 before Judge Trevor N. McFadden. Sentencing Memoranda as to TRISTAN CHANDLER STEVENS (2) due by 1/6/2023; Sentencing set for 1/13/2023 at 10:00 AM in Courtroom 2 before Judge Trevor N. McFadden. Sentencing Memoranda as to DAVID MEHAFFIE (7) due by 1/20/2022; Sentencing set for 1/27/2023 at 10:00 AM in Courtroom 2 before Judge Trevor N. McFadden. Government's oral motion as to PATRICK EDWARD MCCAUGHEY III (1) to revoke his release, heard and granted. Defendant was remanded to the custody of the U.S. Marshals. Bond Status of Defendants: (1): Committed/Commitment issued; (2) & (7): Personal Recognizance. Defense Attorneys: (1): Lindy Urso, (2): Lauren Cobb, (7): William Shipley, Jr.; US Attorneys: Kimberly L. Paschall, Jocelyn P. Bond, Ashley Akers; Court Reporter: Lisa Edwards. (hmc) (Entered: 09/13/2022) |
| 11/10/2022 | 492 | NOTICE OF ATTORNEY APPEARANCE: Dennis E. Boyle appearing for PATRICK EDWARD MCCAUGHEY, III (Boyle, Dennis) (Main Document 492 replaced on 11/14/2022) (zltp). (Entered: 11/10/2022) |
| 11/10/2022 | 493 | NOTICE OF ATTORNEY APPEARANCE: Blerina Jasari appearing for PATRICK EDWARD MCCAUGHEY, III (Jasari, Blerina) (Main Document 493 replaced on 11/14/2022) (zltp). (Entered: 11/10/2022) |
| 12/28/2022 | 502 | TRANSCRIPT OF BENCH TRIAL − DAY 1 in case as to PATRICK EDWARD MCCAUGHEY, III, TRISTAN CHANDLER STEVENS, DAVID MEHAFFIE before Judge Trevor N. McFadden held on August 29, 2022; Page Numbers: 1−321. Date of Issuance: December 28, 2022. Court Reporter/Transcriber Lisa Edwards. Telephone number (202) 354−3269. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript m ay be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 1/18/2023. Redacted Transcript Deadline set for 1/28/2023. Release of Transcript Restriction set for 3/28/2023.(zlfe) (Entered: 12/28/2022) |
| 01/04/2023 | 505 | MOTION to Continue by PATRICK EDWARD MCCAUGHEY, III. (Boyle, Dennis) Modified text to remove unassociated defendants on 1/5/2023 (zltp). (Entered: 01/04/2023) |
| 01/04/2023 | | MINUTE ORDER granting 505 Motion to Continue as to PATRICK EDWARD |

| | | |
|---|---|---|
| | | MCCAUGHEY III (1). The sentencing previously scheduled for January 26, 2023 is hereby RESCHEDULED to March 31, 2023 at 2:00 PM. Memoranda in aid of sentencing shall be filed on or before March 24, 2023. SO ORDERED. Signed by Judge Trevor N. McFadden on 1/4/2023. (lctnm3) (Entered: 01/04/2023) |
| 01/06/2023 | | Set/Reset Deadlines/Hearings as to PATRICK EDWARD MCCAUGHEY, III (1): Sentencing Memoranda due by 3/24/2023; Sentencing rescheduled to 3/31/2023 at 2:00 PM in Courtroom 2− In Person before Judge Trevor N. McFadden. (hmc) (Entered: 01/06/2023) |
| 02/28/2023 | | MINUTE ORDER as to PATRICK EDWARD MCCAUGHEY, III (1). The Sentencing previously set for March 31, 2023, is RESCHEDULED to April 14, 2023 at 10:00 AM in Courtroom 2− In Person before Judge Trevor N. McFadden. Memoranda in aid of sentencing shall be filed on or before April 7, 2023. Signed by Judge Trevor N. McFadden on 2/28/2023. (hmc) (Entered: 02/28/2023) |
| 03/08/2023 | 564 | NOTICE OF ATTORNEY APPEARANCE Anthony William Mariano appearing for USA. (Mariano, Anthony) (Entered: 03/08/2023) |
| 03/10/2023 | 567 | NOTICE OF ATTORNEY APPEARANCE Kaitlin Klamann appearing for USA. (Attachments: # 1 Certificate of Service)(Klamann, Kaitlin) (Entered: 03/10/2023) |
| 04/07/2023 | 608 | SENTENCING MEMORANDUM by PATRICK EDWARD MCCAUGHEY, III (Attachments: # 1 Exhibit)(Boyle, Dennis) (Entered: 04/07/2023) |
| 04/07/2023 | 609 | RESPONSE TO ORDER OF THE COURT by USA as to PATRICK EDWARD MCCAUGHEY, III re 474 Order, (Attachments: # 1 Exhibit Attachment 1− Caseload Reports)(Paschall, Kimberly) (Entered: 04/07/2023) |
| 04/07/2023 | 611 | SENTENCING MEMORANDUM by USA as to PATRICK EDWARD MCCAUGHEY, III (Attachments: # 1 Exhibit Sentencing Exhibits List)(Paschall, Kimberly) (Entered: 04/07/2023) |
| 04/11/2023 | 617 | TRANSCRIPT OF PROCEEDINGS in case as to PATRICK EDWARD MCCAUGHEY, III, TRISTAN CHANDLER STEVENS, DAVID LEE JUDD, CHRISTOPHER JOSEPH QUAGLIN, ROBERT MORSS, GEOFFREY WILLIAM SILLS, DAVID MEHAFFIE, STEVEN CAPPUCCIO, FEDERICO GUILLERMO KLEIN before Judge Trevor N. McFadden held on 12//17/2021; Page Numbers: 1−95. Date of Issuance:12/24/2021. Court Reporter/Transcriber Lisa K. Bankins, Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov. |

| | | |
|---|---|---|
| | | Redaction Request due 5/2/2023. Redacted Transcript Deadline set for 5/12/2023. Release of Transcript Restriction set for 7/10/2023.(zhsj) (Entered: 04/14/2023) |
| 04/11/2023 | 618 | TRANSCRIPT OF PROCEEDINGS in case as to PATRICK EDWARD MCCAUGHEY, III, TRISTAN CHANDLER STEVENS, DAVID LEE JUDD, CHRISTOPHER JOSEPH QUAGLIN, ROBERT MORSS, GEOFFREY WILLIAM SILLS before Judge Trevor N. McFadden held on 8/5/2021; Page Numbers: 1−27. Court Reporter/Transcriber Lisa K. Bankins, Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 5/2/2023. Redacted Transcript Deadline set for 5/12/2023. Release of Transcript Restriction set for 7/10/2023.(zhsj) (Entered: 04/14/2023) |
| 04/14/2023 | | Minute Entry for proceedings held before Judge Trevor N. McFadden: Sentencing held on 4/14/2023 as to PATRICK EDWARD MCCAUGHEY, III (1). Defendant sentenced to a term of Ninety (90) Months of Incarceration on Counts 14sssss, 24sssss, 25sssss, 34sssss, 37sssss, 45sssss; a term of Sixty (60) Months of Incarceration on Count 35sssss; a term of Six (6) Months of Incarceration on Counts 52sssss, 53sssss, with all terms to run concurrently, followed by a term of Twenty−Four (24) Months of Supervised Release on Counts 14sssss, 24sssss, 25sssss, 34sssss, 37sssss, 45sssss, with all terms to run concurrently. Special Assessment of $100 imposed on Counts 14sssss, 24sssss, 25sssss, 34sssss, 35sssss, 37sssss, 45sssss; $10 imposed on Counts 52sssss, 53sssss, for a total of $720. Restitution imposed in the amount of $2,000. Bond Status of Defendant: Committed/Commitment Issued. Defense Attorneys: Dennis E. Boyle, Blerina Jasari; US Attorney: Kimberly L. Paschall; Probation Officer: Sherry Baker; Court Reporter: Stacy Heavenridge. (hmc) (Entered: 04/14/2023) |
| 04/18/2023 | 625 | JUDGMENT as to PATRICK EDWARD MCCAUGHEY, III. Statement of Reasons Not Included. Signed by Judge Trevor N. McFadden on 4/18/2023. (zltp) (Entered: 04/24/2023) |
| 04/18/2023 | 626 | STATEMENT OF REASONS as to PATRICK EDWARD MCCAUGHEY, III. re 625 Judgment Access to the PDF Document is restricted per Judicial Conference Policy. Access is limited to Counsel of Record and the Court. Signed by Judge Trevor N. McFadden on 4/18/2023. (zltp) (Entered: 04/24/2023) |
| 04/27/2023 | 628 | NOTICE OF APPEAL − Final Judgment by PATRICK EDWARD MCCAUGHEY, III Filing fee $ 505, receipt number ADCDC−10031380. Fee Status: Fee Paid. Parties have been notified. (Boyle, Dennis) (Entered: 04/27/2023) |

Use the Tab key to move from field to field on this form.        CO-290
Notice of Appeal Criminal                                        Rev. 3/88

## United States District Court for the District of Columbia

UNITED STATES OF AMERICA    )
                            )
              vs.           )    Criminal No. __21-cr-40__
                            )
    Patrick McCaughey        )

### NOTICE OF APPEAL

Name and address of appellant:          Patrick McCaughey
                                        Correctional Treatment Facility
                                        1901 E. St. SE
                                        Washington, D.C. 20003

Name and address of appellant's attorney:   Dennis E. Boyle, Esq.
                                             Boyle & Jasari
                                             1050 Connecticut Ave, NW
                                             Suite 500
                                             Washington, D.C. 20036

Offense:  18 U.S.C. 111(a)(1) and (b); 18 U.S.C. 1512(c)(2) and 2; 18 U.S.C. 231(a)(3);
          18 U.S.C. 1752(a)(2), (4) and (b)(1)(A); 40 U.S.C. 5104 (e)(2)(D); and (F); 18 U.S.C. 2

Concise statement of judgment or order, giving date, and any sentence:

Defendant was found guilty on count(s) 14, 24, 25, 34, 35, 37, 45, 52, and 53 of
the Fifth Superseding Indictment.  Judgment was entered on 4/18/2023. Mr.
McCaughey was sentenced to ninety (90) months of incarceration.

Name and institution where now confined, if not on bail: Correctional Treatment Facility DC

        I, the above named appellant, hereby appeal to the United States Court of Appeals for the
District of Columbia Circuit from the above-stated judgment.

__4/27/2023__                          _[signature]_
DATE                                   APPELLANT
                                       _Dennis Boyle_
                                       ATTORNEY FOR APPELLANT

GOV'T APPEAL, NO FEE    [    ]
CJA, NO FEE             [    ]
PAID USDC FEE           [    ]
PAID USCA FEE           [    ]
Does counsel wish to appear on appeal?                        YES [X]    NO [  ]
Has counsel ordered transcripts?                              YES [X]    NO [  ]
Is this appeal pursuant to the 1984 Sentencing Reform Act?    YES [  ]   NO [X]

43

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| v. | |
| PATRICK EDWARD MCCAUGHEY, III | Case Number:  21-cr-40-1 (TNM) |
| | USM Number:  26241-509 |
| | Dennis E. Boyle |
| | Defendant's Attorney |

## THE DEFENDANT:

☐ pleaded guilty to count(s)

☐ pleaded nolo contendere to count(s)
   which was accepted by the court.

☑ was found guilty on count(s)   14, 24, 25, 34, 35, 37, 45, 52, 53 of the Fifth Superseding Indictment filed on 12/1/2021
   after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC §§ 111(a)(1) | Assaulting, Resisting, or Impeding Certain Officers and | 1/6/2021 | 14 |
| and 2 | Aiding and Abetting | | |
| 18 USC §§ 111(a)(1) | Assaulting, Resisting, or Impeding Certain Officers Using a | 1/6/2021 | 24 |

   The defendant is sentenced as provided in pages 2 through   8   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☐ Count(s)        ☐ is ☐ are dismissed on the motion of the United States.

   It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

4/14/2023

Date of Imposition of Judgment

_Signature of Judge_

Trevor N. McFadden, U.S. District Judge

Name and Title of Judge

4/18/23

Date

AO 245B (Rev. 09/19)    Judgment in a Criminal Case
Sheet 1A

|  |  | Judgment—Page | 2 | of | 8 |

DEFENDANT:  PATRICK EDWARD MCCAUGHEY, III
CASE NUMBER:  21-cr-40-1 (TNM)

## ADDITIONAL COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| and (b) | Dangerous Weapon | | |
| 18 USC § 111(a)(1) | Assaulting, Resisting, or Impeding Certain Officers | 1/6/2021 | 25 |
| 18 USC §§ 1512(c)(2) and 2 | Obstruction of an Official Proceeding and Aiding and Abetting | 1/6/2021 | 34 |
| 18 USC § 231(a)(3) | Civil Disorder | 1/6/2021 | 35 |
| 18 USC §§ 1752(a)(2) and (b)(1)(A) | Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon | 1/6/2021 | 37 |
| 18 USC §§ 1752(a)(4) and (b)(1)(A) | Engaging in Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon | 1/6/2021 | 45 |
| 40 USC § 5104(e)(2)(D), 18 USC § 2 | Disorderly Conduct in a Capitol Building | 1/6/2021 | 52 |
| 40 USC § 5104(e)(2)(F), 18 USC § 2 | Act of Physical Violence in a Capitol Grounds or Buildings | 1/6/2021 | 53 |

AO 245B (Rev. 09/19) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page __3__ of __8__

DEFENDANT:   PATRICK EDWARD MCCAUGHEY, III
CASE NUMBER:   21-cr-40-1 (TNM)

## IMPRISONMENT

      The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:
NINETY (90) Months on Counts 14, 24, 25, 34, 37, 45, SIXTY (60) Months on Count 35, SIX (6) Months on Counts 52, 53. All terms to run concurrently.

☑ The court makes the following recommendations to the Bureau of Prisons:
    - incarceration at FCI Danbury

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
    ☐ at _____ ☐ a.m. ☐ p.m.  on _____.
    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    ☐ before 2 p.m. on _____.
    ☐ as notified by the United States Marshal.
    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 3 — Supervised Release

Judgment—Page __4__ of __8__

DEFENDANT:   PATRICK EDWARD MCCAUGHEY, III
CASE NUMBER:   21-cr-40-1 (TNM)

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of:

TWENTY-FOUR (24) Months on Counts 14, 24, 25, 34, 37, 45. All terms to run concurrently.

## MANDATORY CONDITIONS

1.  You must not commit another federal, state or local crime.
2.  You must not unlawfully possess a controlled substance.
3.  You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
    ☐ The above drug testing condition is suspended, based on the court's determination that you
       pose a low risk of future substance abuse. *(check if applicable)*
4.  ☑ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5.  ☑ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6.  ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7.  ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 3A — Supervised Release

| | | Judgment—Page | 5 | of | 8 |

DEFENDANT:  PATRICK EDWARD MCCAUGHEY, III
CASE NUMBER:  21-cr-40-1 (TNM)

## STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1.  You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2.  After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3.  You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4.  You must answer truthfully the questions asked by your probation officer.
5.  You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6.  You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7.  You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8.  You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9.  If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature _____     Date _____

AO 245B (Rev. 09/19)  Judgment in a Criminal Case
Sheet 3D — Supervised Release

Judgment—Page ___6___ of ___8___

DEFENDANT: PATRICK EDWARD MCCAUGHEY, III
CASE NUMBER: 21-cr-40-1 (TNM)

## SPECIAL CONDITIONS OF SUPERVISION

Substance Abuse Testing - You must submit to substance abuse testing to determine if you have used a prohibited substance. You must not attempt to obstruct or tamper with the testing methods.

Financial Information Disclosure - You must provide the probation officer access to any requested financial information and authorize the release of any financial information. The probation office may share financial information with the United States Attorney's Office.

Financial Restrictions - You must not incur new credit charges, or open additional lines of credit without the approval of the probation officer.

You are ordered to make restitution to the Architect of the Capitol in the amount of $2000.  And you must pay the balance of any financial obligations owed at a rate of no less than $100 a month.  Payment of all financial obligations stated herein is a specific condition of your supervised release.

Restitution payments shall be made to the Clerk of the Court for the United States District Court, District of Columbia, for disbursement.

The Probation Office shall release the presentence investigation report to all appropriate agencies, which includes the United States Probation Office in the approved district of residence, in order to execute the sentence of the Court. Treatment agencies shall return the presentence report to the Probation Office upon the defendant's completion or termination from treatment.

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 5 — Criminal Monetary Penalties

Judgment — Page ___7___ of ___8___

DEFENDANT: PATRICK EDWARD MCCAUGHEY, III
CASE NUMBER: 21-cr-40-1 (TNM)

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | Assessment | Restitution | Fine | AVAA Assessment* | JVTA Assessment** |
|---|---|---|---|---|---|
| **TOTALS** | $ 720.00 | $ 2,000.00 | $ 0.00 | $ | $ |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☑ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss*** | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Architect of the Capitol | | $2,000.00 | |
| Office of the Chief Financial Officer | | | |
| Ford House Office Building | | | |
| Room H2-205B | | | |
| Washington, DC 20515 | | | |

| **TOTALS** | $          0.00 | $          2,000.00 | |
|---|---|---|---|

☐ Restitution amount ordered pursuant to plea agreement   $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

   ☐ the interest requirement is waived for the   ☐ fine   ☐ restitution.

   ☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
** Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
*** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B (Rev. 09/19) Judgment in a Criminal Case
Sheet 6 — Schedule of Payments

Judgment — Page  8  of  8

DEFENDANT:  PATRICK EDWARD MCCAUGHEY, III
CASE NUMBER:  21-cr-40-1 (TNM)

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A  ☑  Lump sum payment of $  720.00  due immediately, balance due

    ☐ not later than _____ , or
    ☑ in accordance with  ☐ C,  ☐ D,  ☐ E, or  ☑ F below; or

B  ☐  Payment to begin immediately (may be combined with   ☐ C,   ☐ D, or   ☐ F below); or

C  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of
    _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of
    _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a
    term of supervision; or

E  ☐  Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from
    imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F  ☑  Special instructions regarding the payment of criminal monetary penalties:
    The special assessment is immediately payable to the Clerk of the Court for the U.S. District Court for the District
    of Columbia. Within 30 days of any change of address, you shall notify the Clerk of the Court of the change, until
    such time this financial obligation is paid in full.

    You must pay the restitution owed according to page 6.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during
the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate
Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐  Joint and Several

| Case Number Defendant and Co-Defendant Names (including defendant number) | Total Amount | Joint and Several Amount | Corresponding Payee, if appropriate |
|---|---|---|---|
| | | | |

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s):

☐  The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment,
(5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of
prosecution and court costs.