# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** United States of America,

**v.**

Patrick Edward McCaughey, III,

**Case No:** 23-3061

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ◉ Retained ◯ Pro Bono ◯ Appointed (CJA/FPD) ◯ Gov't counsel

for the ◉ Appellant(s)/Petitioner(s) ◯ Appellee(s)/Respondent(s) ◯ Intervenor(s) ◯ Amicus Curiae below:

### Party Information

(List each represented party individually - Use an additional blank sheet as necessary)

Patrick Edward McCaughey, III

### Counsel Information

Lead Counsel: Dennis E. Boyle

Direct Phone: (202) 430-1900 Fax: (____) __________ Email: dboyle@boylejasari.com

2nd Counsel: Blerina Jasari

Direct Phone: (917) 886-0252 Fax: (____) __________ Email: bjasari@boylejasari.com

3rd Counsel:

Direct Phone: (____) __________ Fax: (____) __________ Email:

Firm Name: Boyle & Jasari

Firm Address: 1050 Connecticut Ave. NW, Suite 500, Washington, D.C. 20036

Firm Phone: (202) 798-7600 Fax: (____) __________ Email: dboyle@boylejasari.com

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.