# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 23-3061**  **September Term, 2024**

1:21-cr-00040-TNM-1

Filed On: January 21, 2025 [2095199]

United States of America,

    Appellee

  v.

Patrick Edward McCaughey, III,

    Appellant

    **BEFORE:** Circuit Judges Millett, Wilkins, and Childs

### COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on Tuesday, January 21, 2025 at 9:32 a.m. The cause was heard as case No. 1 of 2 and argued before the Court by:

  Dennis E. Boyle, counsel for Appellant.

  T. Dietrich Hill (AUSA), counsel for Appellee.

AT ARGUMENT, the Court:

 Ordered the parties to promptly update the Court on the status of this appeal

                                **FOR THE COURT:**
                                Clifton B. Cislak, Clerk

                        BY:   /s/
                              Anne A. Rothenberger
                              Deputy Clerk